IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUL -5 A 9: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David Lee Smith, #164818
Full name and prison number
of plaintiff(s)

v.

Dr. John McFarland
Nurse Stewart
Sheriff Jay Jones
Major Tolbert
Lt. Welch & Lt. Robinson
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06cv592-WKW-CSC
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Lee County Detention Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Same

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Dr. John McFarland | Lee Co. Det. Ctr., 2311 |
| 2. Nurse Stewart | Gateway Dr., Opelika, AL. |
| 3. Sheriff Jay Jones | " |
| 4. Major Talbert | " |
| 5. Lieutenant Welch | " |
| 6. Lieutenant Robinson | " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Commenced May 25, 2006 and continuing as of this date.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Failure to provide adequate and necessary medical care.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I have AIDS, Hepatitis B, Syphilis, Bi-Polar Disorder, Schizophrenia, Post-Traumatic Stress Disorder, and further illnesses, and have 14 prescribed medications I must take. Dr. McFarland and Nurse Stewart, though fully aware of my diagnoses, have deprived me of these medications.

See attached sheet

**GROUND TWO:** Failure to comply with the ADA in accomodating my medical disability.

**SUPPORTING FACTS:** Rather than housing me in the medical cellblock (E-1), I've been put in the "punishment" cellblock (E-6) and thenceforth deprived of all privileges and "locked-down" 23½ hours a day, causing stress and aggravating my mental disorders.

**GROUND THREE:** Violation of civil rights; cruel and unusual punishment

**SUPPORTING FACTS:** I've been in E-6 40 days now, treated identically to those here for punishment; no phone calls, no TV or radio, no store privileges, no yard, no chapel, no library, inferior diet to what I require and what I'd receive in E-1 or other cellblocks. My requests to be moved have been denied three times. ~~denials have come from~~ It's an unsanitary cellblock, rarely cleaned. (Not cleaned daily, as the institution rule book instructs.) My cell is encrusted with mold.

7-3-06   Smith v. McFarland

## Facts to Ground one, continued

Part of my complaint is that Lee County Detention Center neglected my care in the same manner when I was previously incarcerated from April to July 28, 2004.

They were aware of my H.I.V. status yet deprived me of medication and treatment and, as a consequence, I went to Full-blown, Irretrievable AIDS. Accompanying this dramatic lowering of my immune system I contracted staphylococcal skin disease on top of my head, on my face, chest, all over my body... I also got genital herpes and genital warts to such a degree that <u>doctor Hamer</u> feared they'd become malignant. He promptly cutted them off his ▓ self. I <u>emphatically</u> notified <u>Dr. McFarland</u> and <u>Nurse Stewart</u> during this earlier incarceration and my present one, of my diagnoses, showing them documentation and furnishing them the names of my doctors, but they refused both times to investigate or provide any form of appropriate treatment. Dr. McFarland and Nurse Stewart have also declined to give me treatment for tendenetis in my shoulders and nurphothy in my feet and Genital Herpes Simplex in my body.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

(1) Compensation for pain and suffering.
(2) I want to receive proper medical treatment and fair accomodation for my disabilities.
(3) Punitive/corrective action taken against Defendants.

_____David Lee Smith_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __7-3-06__.
            (Date)

_____David Lee Smith_____
Signature of plaintiff(s)

4