**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Jay Jones
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   06cv592

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brenda Ingram  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brenda Ingram
C. Date of Delivery: 7-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Opelika JUL 17 postmark]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 2274

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Major Tolbert
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   06cv592

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brenda Ingram  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brenda Ingram
C. Date of Delivery: 7-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Opelika JUL 17 postmark]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 2281

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Stewart
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   06cv592

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brenda Ingram  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brenda Ingram
C. Date of Delivery: 7-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Opelika JUL 17 postmark]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 2267

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. John McFarland
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   06cv592

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brenda Ingram
C. Date of Delivery: 7-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 2250

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Welch
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   06cv592

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brenda Ingram
C. Date of Delivery: 7-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 2298

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Robinson
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   06cv592

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brenda Ingram
C. Date of Delivery: 7-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 2304