RECEIVED
2006 AUG -2 A 9: 45
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3:06CV592

To whom it may concern

My Name is David Lee Smith 164818
Case: 3:06-CV-00592-WKW.

I'm written this office of the clerk to let you know that may address has change.

Below is my new address

David Lee Smith
164818 Drom 7-0
28779 Nick Davis Rd
Harvest, Ala 35742

Thank you
Very much

SCANNED