**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **DAVID LEE SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No.  3:06-cv-00592-WKW-CSC** |
| | ) |
| **JOHN MCFARLAND, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR
<u>SPECIAL REPORT AND ANSWER</u>**

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr.[1], Lt. Corey Welch, Lt. Ray Roberson[2], Dr. John McFarland, and Nurse Linda Stewart, Defendants in the above-styled cause, and move this Court to grant them an extension of time of 28 days in which to file in which to file their Special Report and Answer which are currently due on August 23, 2006.  As grounds for this Motion, the Defendants state as follows:

1.      On July 14, 2006, this Court ordered the Defendants to file their Special Report within 40 days of the date of the Order, which would be August 23, 2006.  The Defendants were served with the Complaint and Order for Special Report on July 17, 2006, making their Answer also due on August 23, 2006.

2.      Defendants are in need of additional time in order to fully investigate the Plaintiff's claims and provide the Court with a meaningful Special Report.

3.      Defendants have not previously filed a request for an extension of time to file their Special Report and Answer.

4.      The Plaintiff will not be prejudiced by this extension.

---

[1] Incorrectly designated in the Plaintiff's Complaint as Major "Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as Lt. "Robinson."

WHEREFORE Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch, Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart request this Court to grant them an extension of time to file their Special Report and Answer on or before September 20, 2006.

Respectfully submitted this 15th day of August, 2006.

**s/Amanda Kay Morgan**
AMANDA KAY MORGAN Bar No.  ALL079
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  amorgan@webbeley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 15th day of August, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

David Lee Smith
AIS 164818
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35742

**s/Amanda Kay Morgan**
OF COUNSEL

2