IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CIVIL ACTION NO. 3:06-CV-592-WKW |
| | ) |
| DR. JOHN McFARLAND, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on August 15, 2006 (Court Doc. No. 7), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from August 23, 2006 to and including September 20, 2006 to file their special report and answer.

Done this 17th day of August, 2006.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE