IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DAVID LEE SMITH,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:06-cv-00592-WKW-CSC |
| **JOHN MCFARLAND, et. al.,** | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR
SPECIAL REPORT AND ANSWER**

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr.[1], Lt. Corey Welch, Lt. Ray Roberson[2], Dr. John McFarland, and Nurse Linda Stewart, Defendants in the above-styled cause, and move this Court to grant them an extension of time of 7 days in which to file their Special Report and Answer which is currently due September 20, 2006. As grounds for this Motion, the Defendants state as follows:

1. Counsel for Defendants is in need of additional time in which to fully review the relevant documentation in order to draft a complete and meaningful Special Report.

2. The Plaintiff will not be prejudiced by this seven-day extension.

WHEREFORE Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch, Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart request this Court to grant them an extension of time to file their Special Report and Answer on or before September 27, 2006.

Respectfully submitted this 14th day of September, 2006.

---

[1] Incorrectly designated in the Plaintiff's Complaint as Major "Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as Lt. "Robinson."

        **s/Amanda Kay Morgan**
        AMANDA KAY MORGAN Bar No. ALL079
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of September, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        David Lee Smith
        AIS 164818
        Limestone Correctional Facility
        28779 Nick Davis Road
        Harvest, AL 35742

        **s/Amanda Kay Morgan**
        OF COUNSEL