# Exhibit A
# Inmate File of David Lee Smith
# Booking Sheet dated March 4, 2004

```
                         LEE COUNTY SHERIFF'S OFFICE
3/04/2004    18:51:57          INMATE BOOKING SHEET                    PAGE    1
================================================================================
 OOKING NO: 040001111

 NMATE NAME:  SMITH DAVID LEE
       ALIAS:                              RACE: B       SEX: M
       ALIAS:                              HT: 5'08"     HAIR: BLK
     ADDRESS:  [redacted]                  WT: 170       EYES: BRO
  ITY/ST/ZIP:  [redacted]                  COMPLEX:
  HOME PHONE:  000-000-0000                SSN: [redacted]
         DOB:  [redacted]    AGE:  35      DL ST:        DLN:
  PLCE BIRTH:  OPELIKA                     SID:
       STATE:  AL                          LOCID: 27134
   M. STATUS:  SINGLE
    RELIGION:
  GANG ASSOC: N
  CARS/TATTOOS: SCAR ON RIGHT ELBOW
  NOWN ENEMIES: N
     REMARKS:
-------------------------------- NEXT OF KIN -----------------------------------
         KIN: BESSIE HOUSE
```

**STATE OF ALABAMA**
**UNIFIED JUDICIAL SYSTEM**
**LEE COUNTY FORM CC-30**

**COMMITTAL TO CUSTODY**

CASE NUMBER: CC 04 479

State of Alabama, PLAINTIFF,

VS.

David L Smith, DEFENDANT.

IN THE Circuit COURT OF LEE COUNTY, ALABAMA

CASE NO. CC-04-479

The defendant, David L Smith, is hereby committed to the custody of the Sheriff of Lee County, Alabama for: 18 month split in the State Penitentiary/ Forgery II

Defendant's bond is hereby set at $ _____

DONE this the 1st day of June, 04.

_____ JUDGE

MATE: [signature]    DATE: _____
OK OFFICER: [signature]    DATE: 3/4/04    TIME: _____

```
                              LEE COUNTY SHERIFF'S OFFICE
03/04/2004      18:51:57        INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 040001111      INMATE NAME: SMITH DAVID LEE
================================================================================
         COURT:                      ATTORNEY ON REC:
         JUDGE:                                PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 03/04/2004   BOOK TIME: 18:35   BOOK TYPE: NORMAL

   ARREST DATE: 03/04/2004             BOOKING OFFICER: C B MOORE
   ARREST DEPT: APD                    CELL ASSIGNMENT: D5 /F-/
  ARRST OFFICER: ARMSTRONG                   MEAL CODE: 05  AUBURN PD
  PROJ. RLSDATE: 00/00/0000                   FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: JUKES                    CLASSIFICATION:
   TYPE SEARCH: PAT                       WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                       REASON:
        AGENCY:                       REASON:
        AGENCY:                       REASON:
        AGENCY:                       REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                             LEE COUNTY SHERIFF'S OFFICE
03/04/2004      18:51:57       INMATE CHARGE SHEET                        PAGE    3
=================================================================================
 BOOKING NO: 040001111       INMATE NAME: SMITH DAVID LEE
=================================================================================
   CHARGE NO:    1  DISPOSITION: OPEN                HOLD: N

 ALA STATUTE: 04002515                 # OF COUNTS:     1
     OFFENSE: POSS FORGED INSTR II       WARRANT #:
      CASE #: 04002515
    BOND AMT: 3000                             FINE:        $0.00
    BAIL AMT:
  INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 02/04/2004              ARST AGENCY: APD
  ARST OFFICR: ARMSTRONG                    COUNTY: LEE
        COURT:                                JUDGE:
 DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
---------------------------------------------------------------------------------
   CHARGE NO:    2  DISPOSITION: OPEN                HOLD: N

 ALA STATUTE: CC-91-000736.00           # OF COUNTS:     1
     OFFENSE: FTP/BURGLARY II            WARRANT #: CC-91-000736.00
      CASE #:
    BOND AMT:                                  FINE:        $0.00
    BAIL AMT:
  INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 03/04/2004              ARST AGENCY: APD
  ARST OFFICR: AARMSTRONG                   COUNTY: LEE
        COURT: CIRCUIT                        JUDGE: HARPER
 DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS: May be released upon payment of 820.51
    COMMENTS:
    COMMENTS:
---------------------------------------------------------------------------------
```

Added 3-5-04
FTP-Burg III   Release CC93-219   Fines 1,240.58   Harper

```
                         LEE COUNTY SHERIFF'S OFFICE
03/04/2004    18:51:57      MEDICAL SCREENING FORM                     PAGE 1
===============================================================================
Booking No: 040001111  Date: 03/04/2004  Time: 18:35   Type: NORMAL
Agency to Bill: AUBURN PD                 Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                       Race: B        Sex: M
    DOB: ████████  Age:  35   SSN: ████████  Height: 5'08"  Weight: 170
-------------------------------------------------------------------------------
```

     1.  Is inmate unconscious?

     2.  Does inmate have any visible signs of trauma, illness, obvious pain
         and bleeding, requiring immediate emergency or doctor's care?

     3.  Is there obvious fever, swollen lymph nodes, jaundice or other
         evidence of infection that might spread through the facility?

     4.  Any signs of poor skin condition, vermin, rashes or needle marks?

     5.  Does inmate appear to be under the influence of drugs or alcohol?

     6.  Any visible signs of alcohol or drug withdrawal?

     7.  Does inmate's behavior suggest the risk of suicide or assault?

     8.  Is inmate carrying any medication?

     9.  Does the inmate have any physical deformities?

    10.  Does inmate appear to have psychiatric problems?

    11.  Do you have or have you ever had or has anyone in your family
         ever had any of the following?

         a. Allergies          f. Fainting Spells        k. Seizures

         b. Arthritis          g. Hearing Condition      l. Tuberculosis

         c. Asthma             h. Hepatitis              m. Ulcers

         d. Diabetes           i. High Blood Pressure    n. Venereal Disease

         e. Epilepsy           j. Psychiatric Disorder   o. Other (Specify)

    Other: _____
           _____
           _____

    12.  For females only:

         ____ a. Are you pregnant?

         ____ b. Do you take birth control pills?

         ____ c. Have you recently delivered?

```
03/04/2004     18:51:57      LEE COUNTY SHERIFF'S OFFICE              PAGE 2
                             MEDICAL SCREENING FORM
==============================================================================
Booking No: 040001111  Date: 03/04/2004  Time: 18:35  Type: NORMAL
Agency to Bill: AUBURN PD                Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                     Race: B       Sex: M
         DOB: [redacted]   Age:  35   SSN: [redacted]   Height: 5'08"  Weight: 170
------------------------------------------------------------------------------
```

___  13.  Have you recently been hospitalized or treated by a doctor?

___  14.  Do you currently take any non-prescription medication or medication prescribed by a doctor?

___  15.  Are you allergic to any medication?

___  16.  Do you have any handicaps or conditions that limit activity?

___  17.  Have you ever attempted suicide or are you thinking about it now?

___  18.  Do you regularly use alcohol or street drugs?

___  19.  Do you have any problems when you stop drinking or using drugs?

___  20.  Do you have a special diet prescribed by a physician?

___  21.  Do you have any problems or pain with your teeth?

___  22.  Do you have any other medical problems we should know about?

_____
_____
_____
_____
_____
_____
_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: *[signature: David Smith]*   DATE: _____   TIME: _____

BOOK OFFICER: *[signature]*   DATE: 3/4/04   TIME: _____

# Exhibit B
# Inmate File
# Release Sheet dated July 22, 2004

```
                              LEE COUNTY SHERIFF'S OFFICE
07/22/2004      08:11:03         INMATE RELEASE SHEET                    PAGE      1
======================================================================================
  BOOKING NO: 040001111

  INMATE NAME: SMITH DAVID LEE
        ALIAS:                                   RACE: B        SEX: M
        ALIAS:                                   HT: 5'08"   HAIR: BLK
      ADDRESS: ███████████████                   WT: 170     EYES: BRO
   CITY/ST/ZIP: ███████████████                  COMPLEX:
   HOME PHONE: 000-000-0000                      SSN: ███████████
          DOB: ███████████  AGE:    36           DL ST:       DLN:
   PLCE BIRTH: OPELIKA                           SID:
        STATE: AL                                LOCID: 3659
    M. STATUS:
     RELIGION:
  GANG ASSOC: N
  SCARS/TATTOOS: SCAR ON RIGHT ELBOW
  KNOWN ENEMIES: N
      REMARKS:
------------------------------- NEXT OF KIN ------------------------------------
  NEXT OF KIN: BESSIE HOUSE               RELATIONSHIP: SISTER
      ADDRESS:                                    PHONE: 334-502-8671
   CITY/ST/ZIP: AUBURN, AL 36830
      REMARKS:
------------------------------- EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
  EMPLOYER NAME: SELF EMPLOYED
      ADDRESS:
   CITY/ST/ZIP: AUBURN, AL 36830
        PHONE: 000-000-0000
--------------------------------- MEDICAL --------------------------------------
   HANDICAPPED: N   NEEDS:
       GLASSES: Y   SMOKE: Y
  MEDICAL NEEDS: N  NEEDS:
     PHYSICIAN:                           PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
--------------------------------- PROPERTY -------------------------------------
         CASH:        $00.00
  DESCRIPTION:
  ADD. PROPERTY: BLK WALLET, ENVELOPE, MISC PAPERS, PEN, WATCH, CAP AND
  ADD. PROPERTY: 2 LIGHTER
  ADD. PROPERTY:
    BIN NUMBER: 334
  VEH IMPOUNDED:
    IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _David Smith_____  DATE: 7-22-04   TIME: _____

BOOK OFFICER: _Evans_____  DATE: _____   TIME: _____
```

```
                              LEE COUNTY SHERIFF'S OFFICE
07/22/2004    08:11:03           INMATE RELEASE SHEET                    PAGE    2
================================================================================
 BOOKING NO: 040001111        INMATE NAME: SMITH DAVID LEE
================================================================================
         COURT:                           ATTORNEY ON REC:
         JUDGE:                                    PHONE: 000-000-0000
       REMARKS:
       REMARKS:
 -------------------------------------------------------------------------------
     BOOK DATE: 03/04/2004  BOOK TIME: 18:35  BOOK TYPE: NORMAL

   ARREST DATE: 03/04/2004             BOOKING OFFICER: C B MOORE
   ARREST DEPT: APD                    CELL ASSIGNMENT:
 ARRST OFFICER: ARMSTRONG                    MEAL CODE: 02   STATE
 PROJ. RLSDATE: 00/00/0000                    FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: JUKES                   CLASSIFICATION:
   TYPE SEARCH: PAT                       WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                      REASON:
        AGENCY:                      REASON:
        AGENCY:                      REASON:
        AGENCY:                      REASON:

         NOTES:
         NOTES:
         NOTES:
================================================================================
  RELEASE DATE: 07/22/2004  RELEASE TIME: 08:10     # DAYS SERVED:   141

RELEASE OFFICER: EVANS
   RELEASE TYPE: TRANSPORTED TO LIMESTONE
        REMARKS: RECIEVED ALL PROPERTY
        REMARKS:
        REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
INMATE: _____  DATE: _____  TIME: _____
BOOK OFFICER: _____  DATE: _____  TIME: _____
```

```
                          LEE COUNTY SHERIFF'S OFFICE
07/22/2004    08:11:03         INMATE CHARGE SHEET                    PAGE    3
================================================================================
 BOOKING NO: 040001111      INMATE NAME: SMITH DAVID LEE
================================================================================
    CHARGE NO:    1  DISPOSITION: SENTENCED           HOLD: N

 ALA STATUTE: 04-479                      # OF COUNTS:    1
     OFFENSE: POSS FORGED INSTR II          WARRANT #:
      CASE #: 04-479
    BOND AMT: 18 MONTHS                          FINE:         $0.00
    BAIL AMT:
  INIT APPEAR: 00/00/0000                SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 02/04/2004                   ARST AGENCY: APD
  ARST OFFICR: ARMSTRONG                         COUNTY: LEE
        COURT:                                    JUDGE:
  DEF ATTORNY:                            DIST ATTORNEY:
     COMMENTS:
     COMMENTS: 18 MONTHS SPLIT IN THE STATE PENITARY
     COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:    2  DISPOSITION: RELEASED            HOLD: N

 ALA STATUTE: CC-91-000736.00             # OF COUNTS:    1
     OFFENSE: FTP/BURGLARY II               WARRANT #: CC-91-000736.00
      CASE #:
    BOND AMT:                                    FINE:         $0.00
    BAIL AMT:
  INIT APPEAR: 00/00/0000                SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 03/04/2004                   ARST AGENCY: APD
  ARST OFFICR: AARMSTRONG                        COUNTY: LEE
        COURT: CIRCUIT                            JUDGE: HARPER
  DEF ATTORNY:                            DIST ATTORNEY:
     COMMENTS:
     COMMENTS: MAY BE RELEASED UPON PAYMENT OF 820.51
     COMMENTS: CANCEL WRIT/REVIEW OCT 21,04  9AM
--------------------------------------------------------------------------------
    CHARGE NO:    3  DISPOSITION: RELEASED            HOLD: N

 ALA STATUTE: CC93-219                    # OF COUNTS:    1
     OFFENSE: FTP/BURG III                  WARRANT #:
      CASE #: CC93-219
    BOND AMT: 0                                  FINE:     $1,240.58
    BAIL AMT:
  INIT APPEAR: 00/00/0000                SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 03/05/2004                   ARST AGENCY: LCSO
  ARST OFFICR: FULGHAM                           COUNTY:
        COURT:                                    JUDGE: HARPER
  DEF ATTORNY:                            DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS:
--------------------------------------------------------------------------------
```

**Exhibit C**
**Inmate File**
**Inmate Booking Sheet dated May 25, 2006, pp. 2-3**

```
                              LEE COUNTY SHERIFF'S OFFICE
05/25/2006      18:34:50         INMATE BOOKING SHEET                         PAGE     1
==========================================================================================
BOOKING NO: 060002576

INMATE NAME: SMITH DAVID LEE
       ALIAS:                                      RACE: B          SEX: M
       ALIAS:                                      HT: 5'08"        HAIR: BLK
     ADDRESS:                                      WT: 170          EYES: BRO
   CITY/ST/ZIP:                                    COMPLEX: DRK
   HOME PHONE: 334-                                SSN:
         DOB:              AGE:    38              DL ST:           DLN:
   PLCE BIRTH: OPELIKA                             SID:
       STATE: AL                                   LOCID: 3659
    M. STATUS:
    RELIGION: CHRISTIAN
  GANG ASSOC: N
SCARS/TATTOOS: SCAR ON RIGHT ELBOW
KNOWN ENEMIES: NONE CLAIMED
```

| STATE OF ALABAMA<br>UNIFIED JUDICIAL SYSTEM<br>LEE COUNTY FORM CC-30 | **COMMITTAL TO CUSTODY** | CASE NUMBER<br>CC 04 479<br>ID   YR   Case No. |

State
_____
PLAINTIFF,

VS.

David Lee Smith
_____
DEFENDANT.

IN THE _____Circuit_____ COURT OF
LEE COUNTY, ALABAMA
CASE NO. __CC 04 479__

The defendant, __David Lee Smith__ is hereby committed to the custody of the Sheriff of Lee County, Alabama for:

prob. revoked - 18 month split - 30 days for Eason to find available program - if not penitentiary for substance abuse program - upon completion - return to court for rev.ew

Defendant's bond is hereby set at $ _____.

DONE this the __8th__ day of __June__, __2006__

_____
JUDGE

==========================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _David Smith_       DATE: 5-25-06    TIME: 18:35
BOOK OFFICER: _Cooper_      DATE: 5-25-06    TIME: 18:35

```
                           LEE COUNTY SHERIFF'S OFFICE
05/25/2006      18:34:50      INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 060002576        INMATE NAME: SMITH DAVID LEE
================================================================================
        COURT:                          ATTORNEY ON REC:
        JUDGE:                                    PHONE: 000-000-0000
      REMARKS:
      REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 05/25/2006   BOOK TIME: 18:27   BOOK TYPE: NORMAL

   ARREST DATE: 05/25/2006            BOOKING OFFICER: COOPER
   ARREST DEPT: LCSO                  CELL ASSIGNMENT: E6
 ARRST OFFICER: PEEK                        MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                   FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: OFC SOWAR               CLASSIFICATION:
   TYPE SEARCH: DRESSED OUT               WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                    REASON:
        AGENCY:                    REASON:
        AGENCY:                    REASON:
        AGENCY:                    REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                            LEE COUNTY SHERIFF'S OFFICE
05/25/2006      18:34:50        INMATE CHARGE SHEET                        PAGE     3
=====================================================================================
BOOKING NO: 060002576      INMATE NAME: SMITH DAVID LEE
=====================================================================================
   CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC 2004-479              # OF COUNTS:   1
    OFFENSE: VIOLATION PROBATION      WARRANT #:
     CASE #: CC 2004 479
    BOND AMT: NO                            FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/25/2006              ARST AGENCY: LCSO
 ARST OFFICR: OFC R PEEK                   COUNTY: LEE
       COURT:                               JUDGE:
 DEF ATTORNY:                       DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-------------------------------------------------------------------------------------
```

**Exhibit D**
**Inmate File**
**Inmate Release Sheet dated July 18, 2006**

```
                             LEE COUNTY SHERIFF'S OFFICE
07/18/2006      21:56:06     INMATE RELEASE SHEET                              PAGE     1
===========================================================================================
 BOOKING NO: 060002576

 INMATE NAME: SMITH DAVID LEE
       ALIAS:                                            RACE: B       SEX: M
       ALIAS:                                            HT: 5'08"     HAIR: BLK
     ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    WT: 170       EYES: BRO
   CITY/ST/ZIP: ▓▓▓▓▓▓▓▓▓▓▓▓                            COMPLEX: DRK
  HOME PHONE: ▓▓▓▓▓▓▓▓▓▓                                SSN: ▓▓▓▓▓▓▓▓▓
         DOB: ▓▓▓▓▓▓▓▓    AGE: 38                       DL ST:         DLN:
  PLCE BIRTH: OPELIKA                                   SID:
       STATE: AL                                        LOCID: 3659
   M. STATUS:
    RELIGION: CHRISTIAN
  GANG ASSOC: N
 SCARS/TATTOOS: SCAR ON RIGHT ELBOW
 KNOWN ENEMIES: NONE CLAIMED
     REMARKS:
------------------------------- NEXT OF KIN ----------------------------------
 NEXT OF KIN: ▓▓▓▓▓▓▓▓▓▓                                RELATIONSHIP: SISTER
     ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                      PHONE: 334-▓▓▓-▓▓▓▓
   CITY/ST/ZIP: ▓▓▓▓▓▓▓▓ 26830
     REMARKS:
------------------------------- EMPLOYER INFO --------------------------------
    EMPLOYED: N
 EMPLOYER NAME: N
     ADDRESS:
   CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N   NEEDS: Y
     GLASSES: Y   SMOKE: Y
 MEDICAL NEEDS: Y   NEEDS: AIDS
   PHYSICIAN: UKN                                       PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY -------------------------------------
        CASH:       $00.00
 DESCRIPTION:
 ADD. PROPERTY: 1 WATCH STREET CLOTHES 1 BLACK BAG TRIM IN RED
 ADD. PROPERTY:
 ADD. PROPERTY:
  BIN NUMBER: 55
 VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
===========================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: /s/ David Lee Smith           DATE: 7-19-06    TIME: 600
BOOK OFFICER: Cpl. Cowbeck            DATE: 7-19-06    TIME: 600
```

```
                          LEE COUNTY SHERIFF'S OFFICE
07/18/2006    21:56:06       INMATE RELEASE SHEET                    PAGE    2
================================================================================
 BOOKING NO: 060002576      INMATE NAME: SMITH DAVID LEE
================================================================================
      COURT:                           ATTORNEY ON REC:
      JUDGE:                                     PHONE: 000-000-0000
    REMARKS:
    REMARKS:
--------------------------------------------------------------------------------
   BOOK DATE: 05/25/2006   BOOK TIME: 18:27   BOOK TYPE: NORMAL

 ARREST DATE: 05/25/2006              BOOKING OFFICER: COOPER
 ARREST DEPT: LCSO                    CELL ASSIGNMENT:
ARRST OFFICER: PEEK                         MEAL CODE: 02   STATE
PROJ. RLSDATE: 00/00/0000                    FACILITY: 01   COUNTY JAIL
SEARCH OFFCR: OFC SOWAR               CLASSIFICATION:
 TYPE SEARCH: DRESSED OUT                WORK RELEASE: N
INTOX RESULTS:

       HOLDS: N
      AGENCY:                    REASON:
      AGENCY:                    REASON:
      AGENCY:                    REASON:
      AGENCY:                    REASON:

       NOTES:
       NOTES:
       NOTES:
================================================================================
RELEASE DATE: 07/18/2006   RELEASE TIME: 21:55    # DAYS SERVED:      55

RELEASE OFFICER: COWHICK
   RELEASE TYPE: RELEASED TO LIMESTONE
       REMARKS:
       REMARKS:
       REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: [signature]                DATE: 7-19-06   TIME: 600
BOOK OFFICER: Cpl. Cowhick         DATE: 7-19-06   TIME: 600
```

```
                              LEE COUNTY SHERIFF'S OFFICE
07/18/2006      21:56:06         INMATE CHARGE SHEET                    PAGE     3
==============================================================================
BOOKING NO: 060002576     INMATE NAME: SMITH DAVID LEE
==============================================================================
    CHARGE NO:   1  DISPOSITION: SENTENCED         HOLD: N

ALA STATUTE: CC 2004-479              # OF COUNTS:   1
    OFFENSE: 18 MONS(PROB VIOL)       WARRANT #:
     CASE #: CC 2004 479
   BOND AMT: NO                              FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000               SENTENCE DATE: 06/08/2006
RELEASE DTE: 00/00/0000
ARREST DATE: 05/25/2006               ARST AGENCY: LCSO
ARST OFFICR: OFC R PEEK                    COUNTY: LEE
      COURT:                                JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
```