**Exhibit J**
**Affidavit of Nurse Linda Stewart**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID LEE SMITH,          )
                                    )

    Plaintiff,         )
                                    )

v.                     )Civil Action No.  3:06-cv-00592-WKW-CSC
                                    )

JOHN MCFARLAND, et. al.,   )
                                    )

    Defendants.       )

## AFFIDAVIT OF NURSE LINDA STEWART

STATE OF ALABAMA     )
                            )
COUNTY OF LEE        )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Linda Stewart, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Linda Stewart.  I am over the age of nineteen and competent to execute this affidavit.

2.    I have been employed as a nurse with the Lee County Detention Center for over five years.  I am a Licensed Practical Nurse (L.P.N.) and have been licensed for over twenty-years, having served as a nurse in the ICU and CCU in Cobb Hospital Emergency Room for fifteen-years.  I taught Nursing Assistance Clinicals for two years at Career Institute.  I collected medical information for the law firm of Bellamy and Jones for three years, and I was employed

as the personal nurse for Doctor Hoffman, in Phenix City, Alabama, for twelve years, prior to my coming to the Lee County Detention Center.

3.    I am familiar with the Plaintiff David Lee Smith due to his incarceration in the Lee County Detention Center.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Center are entitled to a level of health care comparable to that available to citizens in the surrounding community which will ensure their physical and emotion well-being.

6.    Medical care rendered to inmates in the Lee County Detention Center is delivered under the direction of a licensed health care provider.

7.    No health care personnel or Detention Center officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

8.    Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

9.    Inmates will be guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

10.    It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated in the Lee County Detention Center to request health care services at any time.

2

11.    Two methods may be utilized by inmates incarcerated in the Lee County Detention Center in order to secure health care services:

    a.    <u>Verbal Request</u>:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

    b.    <u>Written Request</u>:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

12.    Requests for medical treatment will be accepted by members of the Detention Center staff at any time.

13.    Any doubt as to whether an actual need exists for medical treatment shall be resolved in favor of the inmate and medical treatment will be offered.

14.    Medical requests of an emergency nature are to be handled immediately.

15.    The Detention Center nurses, under the direction of the Detention Center Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Center.

16.    All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Center official.  Should the physician request, a Detention Center officer will be present for any and all examinations the treating

physician deems appropriate.

17.     Sick call is conducted on a scheduled basis by a licensed practical nurse and is available to all inmates. All inmates are required to pay a fee for non-emergency treatment. Inmates will not be denied medical treatment. When an inmate has insufficient funds in his/her trust account to pay for the assessed fee(s), a lien in the amount of the fee(s) will be placed on the inmate's trust account against future monies which may be received.

18.     All properly submitted medical grievances are answered, and a copy is placed in the inmate's medical file. I have never received a grievance from the Plaintiff concerning the allegations made the basis of his Complaint during the most recent incarceration, and there are no grievances from the most recent incarceration present in his medical file. The request forms that could possibly be construed as grievances do not concern the conditions of the Plaintiff's confinement; instead they involve medical requests only.

19.     I followed Dr. McFarland's orders with regard to the Plaintiff's medical care. In fact, per the policy of the Lee County Sheriff's Office, I always follow the instructions of Dr. McFarland on all medical issues.

20.     I have neither duty nor authority with regard to the conditions of the Detention Center, and my only involvement with inmates is in rendering medical care.

21.     I have complied with all policies and procedures of the Lee County Detention Center. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

4

22.    The Plaintiff was admitted to the Lee County Detention Center on March 15, 2004. (Exhibit A to Special Report).  On March 31, 2004, his blood work revealed that he had HIV and syphilis.  I called him to the clinic to inform him of the results, and he told me that he knew already and that he was diagnosed in 1998.  I asked him why he did not tell the booking officer upon medical screening, and he said that we would find out.  I placed the Plaintiff in an individual living cell and had a representative from the Public Health Department come speak with the Plaintiff on April 6, 2004.  (Exhibit 1, Medical File, Notes dated March 31, 2004, and April 6, 2004.)

23.    On May 26, 2004, I examined the Plaintiff after he complained of problems with his skin including an abscess on his scalp.  I treated him with fungal soap and lotion and set him up with an appointment to see the medical doctor.  (Exhibit 2, Medical File, Notes dated May 26, 2004.)

24.    The day after the Plaintiff was booked into the Lee County Detention Center in May 2006, I attempted to gather all his medical records in order to determine what medications he was supposed to be taking.  All the medicine that he had with him was outdated.  He informed me that he had been living in a homeless shelter for a while and had not been on any medications.  (Exhibit 3, Medical File, Notes dated May 26, 2006.)  He was incarcerated at the Lee County Detention Center for less than two months during this stay.

25.    That same day I obtained his signature on a medical release so that I could try to find out how he had been treated so that we could determine the proper course of treatment while he was incarcerated.  (Exhibit 4, Medical File, Release.)

26.     That same day I faxed the medical release to the Birmingham AIDS outreach. (Exhibit 5, Medical File, Fax Cover Sheet with Release.)

27.     On May 30, 2006, I received a letter from William M. Brown, a Licensed Social Worker with Birmingham AIDS outreach. Mr. Brown informed me that he had done an intake on the Plaintiff on May 10, 2006. The Plaintiff did not provide any medical information to Mr. Brown but stated that he was not in care at that time. Mr. Brown referred the Plaintiff to the St. George Clinic at Cooper Green Hospital. The Plaintiff was living at the Firehouse Shelter at that time. (Exhibit 6, Letter from William M. Brown.)

28.     On May 31, 2006, per Dr. McFarland's orders, I faxed a release and request for medical information to the St. George Clinic. (Exhibit 7, Medical File, Fax Cover Sheet and Release dated May 31, 2006.)

29.     On June 1, 2006, I received the medical records form St. George's Clinic. (Exhibit 8, Medical File, Records from St. George's Clinic.)

30.     Dr. McFarland examined the Plaintiff again on June 6, 2006. Dr. McFarland instructed that the Plaintiff should be placed back in the Birmingham Mission facility or in the Limestone Correctional Facility. These instructions were followed, and the Plaintiff was released to Limestone Correctional Facility within a matter of weeks.

31.     All medical records attached to the Special Report are true and accurate copies of medical documents kept in the Plaintiff's medical file by me in the ordinary course of my business. I am the custodian of these records.

32.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation

_____

LINDA STEWART

**SWORN TO** and **SUBSCRIBED** before me this 27 day of September, 2006.

_____

NOTARY PUBLIC        MY COMMISSION EXPIRES FEB. 10, 2007

My Commission Expires:_____

7

**Exhibit 1**
**Medical File**
**Notes dated March 31, 2004, and April 6, 2004**

NOTES

SS# ████████████████████

NAME _Smith, David_    DOB ████ AGE _35_ SEX _M_ RACE _B_

DRUG ALLERGIES _____ O _____    TETANUS _____

NATURE OF PROBLEM OR REQUEST _Pos. HIV Blood Work_
_& Weakly reactive Syphilis_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

*****************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:    BP _____ P _____ R _____ T _____

ASSESSMENT: Called I/m to Nurse Clinic
inform I/m of Lab report Pos
I/m States "I know"
Dx 1998 also treated for
Syphilis 1998. ask why
you don't inform Booking
Officer? "no reason" you all
will find out.

PLAN: Place in E-1 to individual
living Cells

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ TITLE _LPN_ DATE _3/31/04_ TIME _083_

04/06/04 A Ms. Shirley Smith from field ___

**Exhibit 2**
**Medical File**
**Notes dated May 26, 2004**

NOTES

SS# ~~████████████████~~

NAME _Smith, David_   DOB ~~████~~ AGE _35_ SEX _M_ RACE _B_

DRUG ALLERGIES ___Ø___   TETANUS _____

NATURE OF PROBLEM OR REQUEST _C/o Abcess on scalp &_
_itch Rash on Arms & Neck Very_
_dry Skin Dp c HIV 1998_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____

ASSESSMENT: _Alert & Responsive, Skin Warm_
_& Very dry C/o Abcess on Rt Side_
_Scalp it; Painful Nodd aft hair_
_Cut & skin neck & arm dry_
_& itching. X 2 Wks have Ø_
_Money Dp HIV 1998._

PLAN: _Liq_
_Hung Soap given &_
_Lotion Too apply To skin_
_OK for MD protect see Dr_
_MD ____ USS_

REFER TO: ___PA/PHYSICIAN___   MENTAL HEALTH _____ DENTAL _____

SIGNATURE _Stewart_   TITLE _LPN_ DATE _5/26/04_ TIME _1015_

**Exhibit 3**
**Medical File**
**Notes dated May 26, 2006**

NOTES

SS# ▓▓▓▓▓▓▓▓▓▓▓

NAME _Smith, David_    DOB ▓▓▓▓ AGE _36_  SEX _M_  RACE _B_

DRUG ALLERGIES _Ø_    TETANUS _____

NATURE OF PROBLEM OR REQUEST _H/U O₃ "Old" Meds Brought_
_in jail from different Clinic & Lime Ston_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE
_Lewis @ Jimmy Hale Mission (334)(205) 334-2271_
_Tom Smith I'm will tell un truth_

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____  P _____  R _____  T _____

ASSESSMENT: 1. Reglan 10mg #14 Winters @ Lime Stone 4/11/05
    fr #30  too old

2. Prozac 20mg #17 Winter 3/11/03  TOO old

3. Peroxicam 20mg Lime Ston 8/27/05 too old

4. Septra #8  8/2/05 #30  too old

5. Prozac #4  8/16/05  TOO old

6. Truvada 200/300mg no information on pack list only

7. Aldara Cream Winter 12/24/04  small 3/8/05

8. Peroxicam 20mg Druell Memorial Hospital 2/1/02
#14, 13 Still in Bottle TOO old

PLAN: 9. Empty Bottle Trazodon 100mg 2/21/06 #30 Ø refill

10. Melsslspramide 10mg 3/1/06 #56 only 12 in
    Bottle  too old

11. Diphenhydramine 50mg #30 on 3/21/06 #8 too old

REFER TO: (PA/PHYSICIAN)    MENTAL HEALTH    DENTAL

SIGNATURE _Stewart_    TITLE _Lpn_  DATE _5/24/06_  TIME _1510_

12. Albuterol inh not open date 3/1/06

13. Risperdal 3mg #30 Winter 2/21/06 #21 Still
    in Bottle too old

All meds TOO old other Stuff D-Look Aids
not noted updated Evans code in ....

**Exhibit 4**
**Medical File**
**Release**



I hereby authorize the Lee County Sheriff's Office to use, disclose and/or obtain my health information as follows (check all that apply):

| ( ) use the following health information maintained by Lee County Sheriff's Office. | ( ) disclose the following health information to: **LEE COUNTY DETENTION CENTER** **P. O. BOX 2407** **OPELIKA, AL 36803** | ( ) obtain the following health information from: _b Lee_ _Aldru_ _Ads_ |

Specific description of the health information to be used/disclosed/obtained (include dates of service, type of service, etc.): _Name of meds. d Dates Sept_

This health information is used/disclosed/obtained for the purpose (if Authorization requested by the patient put: "At the request of the individual"): _D. M= failup on_

I understand that this health information may include information regarding drugs and alcohol, human immunodeficiency virus test results, and psychotherapy notes.

If the disclosure is for marketing purposes, will the Lee County Sheriff's Office directly or indirectly receive remuneration for the disclosure of health information?   Yes ___   No ___   N/A ___ .

By providing this Authorization, I understand as follows:

I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.

1. I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.
2. I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information and no longer protected by the Federal Privacy Rules.
3. I understand that I may revoke this Authorization at any time by notifying the Lee County Sheriff's Office in writing, but if I do, it will not have any effect on uses or disclosures prior to the receipt of the revocation.
4. I understand that I will receive a copy of this Authorization form after I sign it.
5. I understand that this Authorization will expire on ___/___/___ (MM/DD/YR) or upon the following event (if for research put "None" or "End of the research study"): _____ If an expiration date is not chosen, this authorization will cease to be valid 90 days from the date of signature.

_(signature)_                                          **5/26/06**

Signature of Patient or Patient Representative          Date

Printed Name of Patient's Representative (if applicable)

Representative's Relationship to Patient (if applicable)

**LEE COUNTY DETENTION CENTER**
**NURSING**
**PO BOX 2407**
**OPELIKA, AL 36803** 407

LEE COUNTY SHERIFF'S OFFICE

PATIENT AUTHORIZATION FOR USE
AND/OR DISCLOSURE OF PROTECTED
HEALTH INFORMATION

PATIENT INFORMATION

PATIENT NAME: _Smith David L_
SOCIAL SECURITY NUMBER: _____
DATE OF BIRTH _____

**Exhibit 5**
**Medical File**
**Fax Cover Sheet with Release**



# LEE COUNTY DETENTION CENTER

## JAY JONES, SHERIFF

### P.O. BOX 2407
### OPELIKA, AL 36803

PHONE (334) 737-3582
FAX (334) 737-3574



DATE: _05/26/06_

ATTN: _Medical Records / B. Law Aid Outreach_

FROM: _Nurse Stewart_

MESSAGE: _____

_____

_____

_____

_____

_____

_____

NUMBER OF PAGES INCLUDING COVER SHEET _2_

_Fax 205-333-2131_



I hereby authorize the Lee County Sheriff's Office to use, disclose and/or obtain my health information as follows (check all that apply):

| ( ) use the following health information maintained by Lee County Sheriff's Office. | ( ) disclose the following health information to: **LEE COUNTY DETENTION CENTER** **P.O. BOX 2407** **OPELIKA, AL 36803** | ( ) obtain the following health information from: |

Specific description of the health information to be used/disclosed/obtained (include dates of service, type of service, etc) : _Name of meds & Dates ___

This health information is used/disclosed/obtained for the purpose (if Authorization requested the patient put: "At the request of the individual"): _D. M = failed ___

I understand that this health information may include information regarding drugs and alcohol, human immunodeficiency virus test results, and psychotherapy notes.

If the disclosure is for marketing purposes, will the Lee County Sheriff's Office directly or indirectly receive remuneration for the disclosure of health information? Yes ___ No ___ N/A ___.

By providing this Authorization, I understand as follows:

I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.

1. I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.
2. I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information and no longer protected by the Federal Privacy Rules.
3. I understand that I may revoke this Authorization at any time by notifying the Lee County Sheriff's Office in writing, but if I do, it will not have any effect on uses or disclosures prior to the receipt of the revocation.
4. I understand that I will receive a copy of this Authorization form after I sign it.
5. I understand that this Authorization will expire on _____/_____/_____(MM/DD/YR) or upon the following event (if for research put "None" or "End of the research study"):_____ If an expiration date is not chosen, this authorization will cease to be valid 90 days from the date of signature.

_____        5/26/06
Signature of Patient or Patient Representative        Date

_____
Printed Name of Patient's Representative (if applicable)

_____
Representative's Relationship to Patient (if applicable)

**LEE COUNTY DETENTION CENTER**
**NURSING**
**PO BOX 2407**
**OPELIKA, AL 36803** 407

LEE COUNTY SHERIFF'S OFFICE        PATIENT INFORMATION

PATIENT AUTHORIZATION FOR USE        PATIENT NAME: _Smith ___
AND/OR DISCLOSURE OF PROTECTED        SOCIAL SECURITY NUMBER ___
HEALTH INFORMATION        DATE OF BIRTH ___

**Exhibit 6**
**Letter from William M. Brown**

# BIRMINGHAM AIDS OUTRI ACH

205 32nd Street South + Birmingham, AL 35233 + P.O. Box 550070 + Birmingham  L 35255

Voice: 205.322.4197 + Fax: 205.322.2131 + www.birminghamaidsoutreach  g

# Fax Cover Sheet

| To: | Medical (Nurse Stewart) | From: | Bill Brown (LBSV) |
| Fax #: | 334 737 3574 | Pages: | 3 , including cover  MAY 30 006 |
| Phone #: | 205 322 4197 x24 | Date: | |
| Re: | David Lee Smith | cc: | N/ |

If you have received this fax in error, or if any part of this fax has  ailed to transmit, please contact  Bill Brown  at 205.322.419  x24



**BIRMINGHAM AIDS OUTREACH**

20 YEARS OF SERVICE

**Mission**

*To enhance the quality of life for people and families living with HIV and AIDS and to prevent further spread of the disease through age-appropriate prevention education programs.*

May 30, 2006

Re: David Lee Smith

To Whom It May Concern:

I am writing this letter at the request of Nurse Stewart. I am Willam Brown, a Licensed Social Worker with Birmingham AIDS outreach. This etter is regarding Mr. David Lee Smith. Mr. Smith came in for an intake with me May 10, 2006. During the intake Mr. Smith did not provide any medical informon, only tha he was not in care at the time. I referred Mr. Smith to the St. George Clinic at Coper Green Hospital. Mr. Smith was reportedly living at the Firehous Shelter at th time. The date of the intake, May 10, 2006 was the only time I saw M mith. Pleas feel free to contact me if you feel I can be of further assistance.

Sincerely,

*William M Brown, LBSW*

William M. Brown, LBSW
Case Manager

**Exhibit 7**
**Medical File**
**Fax Cover Sheet and Release dated May 31, 2006**



# LEE COUNTY DETENTION CENTER

## JAY JONES, SHERIFF

P.O. BOX 2407
OPELIKA, AL 36803

PHONE (334) 737-3582
FAX (334) 737-3574

DATE: 5/31/06

ATTN: Medical Records     (205) 930-3433
                          (205) 934-8490

FROM: Nursing Dept

MESSAGE: St. George Clinic c̄ Cooper Green Hospital

NUMBER OF PAGES INCLUDING COVER SHEET __2__

I hereby authorize the Lee County Sheriff's Office to use, disclose and/or obtain my health information as follows (check all that apply):

| ( ) use the following health information maintained by Lee County Sheriff's Office. | ( ) disclose the following health Information to: LEE COUNTY DETENTION CENTER P.O. BOX 2407 OPELIKA, AL 36803 | ( ) obtain the following health information from: _B Sam A Os_ _Qutrum_ _St. George Clinic_ |

Specific description of the health information to be used/disclosed/obtained (include dates of service, type of service, etc) : _Name of Meds. + Dates Start_

This health information is used/disclosed/obtained for the purpose (if Authorization requested by the patient put: "At the request of the individual"): _D. McFarley Grt. Tp_

I understand that this health information may include information regarding drugs and alcohol, human immunodeficiency virus test results, and psychotherapy notes.

If the disclosure is for marketing purposes, will the Lee County Sheriff's Office directly or indirectly receive remuneration for the disclosure of health information?  Yes ___  No ___  N/A ___.

By providing this Authorization, I understand as follows:

I understand that this Authorization is voluntary.  I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.

1.  I understand that this Authorization is voluntary.  I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.
2.  I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information and no longer protected by the Federal Privacy Rules.
3.  I understand that I may revoke this Authorization at any time by notifying the Lee County Sheriff's Office in writing, but if I do, it will not have any effect on uses or disclosures prior to the receipt of the revocation.
4.  I understand that I will receive a copy of this Authorization form after I sign it.
5.  I understand that this Authorization will expire on _____/_____/_____(MM/DD/YR) or upon the following event (if for research put "None" or "End of the research study"):_____If an expiration date is not chosen, this authorization will cease to be valid 90 days from the date of signature.

_Signature_                                          5/26/06
Signature of Patient or Patient Representative          Date

_____
Printed Name of Patient's Representative (if applicable)

_____
Representative's Relationship to Patient (if applicable)

**LEE COUNTY DETENTION CENTER**
**NURSING**
PO BOX 2407
OPELIKA, AL 36803-2407

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE COUNTY SHERIFF'S OFFICE

PATIENT AUTHORIZATION FOR USE
AND/OR DISCLOSURE OF PROTECTED
HEALTH INFORMATION

PATIENT INFORMATION

PATIENT NAME: _Smith David_
SOCIAL SECURITY NUMBER _____
DATE OF BIRTH _____

**Exhibit 8**
**Medical File**
**Records from St. George's Clinic**

ST. ~~ORGE'S CLINIC
DR. ~~NE MOBLEY
TANGIE MACON, LGSW
1515 6ᵀᴴ AVENUE SOUTH
BIRMINGHAM, AL 35233
205-930-3661
205-930-3297

# FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| **To:** | LEE COUNTY DETENTION CENTER/NURSING DEPT | 334-737-3574 | |
| **Fro** | TANGIE MACON MSW,LGSW, ST.GEORGE'S CLINIC/DR. JANE MOBLEY | **Date:** | 06/01/06 |
| **RE:** | DAVID SMITH | **Pages:** | 5 |

☐ ~~ent    X For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

No~~: THIS INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS

CO~~FIDENTAL INFORMATION INTENDED ONLY FOR THE USER OF THE ENTITY

NA~~ED ABOVE. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,

PL~~SE IMMEDIATELY NOTIFY US AT THE TELEPHONE NUMBER LISTED.

*Once-daily*
**METADATE® CD** Ⅱ
(methylphenidate HCl, USP)
Extended-Release Capsules 10mg 20mg 30mg

*St. George Clinic*

(205)
930-3433

*Cooper Green*

www.metadate-cd.com
Please see enclosed Full Prescribing Information

Actual Size

**St. George Clinic**                                                    06/01/2006
1515 Sixth Avenue Birmingham, AL 35233 - w(205)930-3282                  page 1

**Patient:**    Smith  David Lee - ____8, 38bm, _____
                7004  1974, h(205)3_____1, stgc0052097
                _____, AL 35203

**Date:**       06/01/2006  8:24a

**Subject:**    Medical Chart Summary

**Medicines**
Truvada, __ 00 300 ng pill QAM p 30~ r5 .m....          05/19/06  Mobley, Jane
Sustiva, 6_0 ng  QHS p 30~ r5 ....b.                    05/19/06  Mobley, Jane
Proventil i ____er, .8 gm bot 2 sqr Q6H p 1~ r2 .mneb.  05/19/06  Mobley, Jane
Generic _ __ergan  25 mg QD y 20 r0 ......              05/19/06  Mobley, Jane
Reglan, _ m | Q__ n 60 r1 .mneb.                        05/19/06  Mobley, Jane
Bactri_ _  C_ p  ) r1 .m....                             05/19/06  Mobley, Jane
Flucor ez_ -, 00  g QD n 15 r2 .m....                   05/19/06  Mobley, Jane
Zithro __ 2!0 __  2 QD n 10 r0 .m....                   05/19/06  Mobley, Jane
Felder e, _ ) r g Q__ y 30 r3 ......                    05/19/06  Mobley, Jane

**Instructors**
Adherance Couns_ ng                                     05/19/2006
  PCP

**Procedures**
Cd4 lymphocyte count                                    04/24/2006
  236

**Diagnoses**
Aids c-3                                                 05/19/2006

**Appointments**
0000_____ 0C _                                          05/19/2006

Discor tin ec Da _

**Connection**                                          chart #
St. George Clinic                                         00421974



continued on page 2

FROM :ST GEORGES CLINIC          FAX NO. :930 3331          01  006  10  3031  P4

## _____ Memorial Psychiatric Hospital
### Discharge Instruction Sheet

Discharge MD: **Dr Abolade**

Patient Name: **David Smith**

Follow-UP/Aftercare Appointment(s): Therapist: **Gail Goblick**   Date: _____ Time: 9:30 am

☐ Montgomery MHC  ☐ ECMHC  ☑ EAMHC  ☐ Other:

Address: 2501 _____ Drive          Phone: (334) 74_ ___ 07

City: Opelika          State: __          Zip Code ___

Medical Appointment: Copeland Cd____          Date: 2/16/06   Time: ___ P.M.

Address: 820 W. South Blvd Montgom, Al          Phone: 2_5_ 1818

| Medication | Dosage/Frequency | Medication | Dosage/Frequency |
|---|---|---|---|
| Risperdal | 3mg | Bactrim DS | 1am q am |
| Reglan | 10mg | Acyclovir | q am |
| Artane | 5mg take _ bedtime | Albuterol inh | _ |
| Sustiva | 600mg at bedtime | Benadryl | bedtime |
| Trazadone | 100mg at bedtime | Prozac | 1 tablet q am |
| Truvada | one tablet 9pm | | |
| MVI | one tablet 9AM | | |
| Piroxicam | 20mg | | |

Nurse ___ Medications _____   Nurse Verifying _____

Special Instructions/Teaching:
1. _____
2. Take medications as prescribed _____
3. Exercise daily as tolerated, practice _____ three balanced meals daily
4. See your medical doctor for any problem you experience or go to the emergency room
5. Contact Local mental health emergency number in the event of psychiatric emergencies
6. Other: _____

| | | Yes | No | Condition on discharge: |
|---|---|---|---|---|
| Home Medications Returned to Patient: | | ☑ | ☐ | |
| Personal/Possession Belongings returned: | | ☑ | ☐ | Stable |
| Medications /Medical Prescriptions Given: | | ☑ | ☐ | |
| Funds from Business Services: | | ☑ | ☐ | |

Acknowledgement: I understand instructions. I have received my personal belongings, medications and prescriptions.

**David Lee Smith**
Patient

Placement Address (Print Legibly)

Placement Address (Print Legibly)

**Marcus Porter CHC**
Pt. Released To (Print Legibly)          2_2 - 0363   Phone

_____ LGSW
Social Worker          __ 2363   For a Number

_____ RN
Registered Nurse          Date/Time of discharge

08/31/2006   First Copy: Patient
Second Copy: Mental Health Center
Third Copy: Record

FROM :ST GEORGES CLINIC          FAX NO. :930 3331          01  006 10 3331  P5

GREIL MEMORIAL PSYCHIATRIC HOSPITAL
2140 Upper Wetumpka Road
Montgomery, Alabama 36107
(334) 262-0363

Temporary Visit:
Discharge:

NAME: David Smith
ADDRESS:

...O. Abolade, M.D.
DEA A6 85974

| Medication | Strength | Amount | Directions | Refills |
|------------|----------|--------|------------|---------|
| Reglan | | #30 | T QID | |
| | | #30 | T bedtime | |
| | | | T BID | |
| | | #30 | T | |
| | | | T daily | |
| Bactrim DS | | #60 | T BID | |
| | | #60 | T BID | |
| Albuterol inhaler | | 1 puff | QID | |

P.S.P.

D.A.W.

| Service Type: | Recipient: | | Activity Codes: | |
|---|---|---|---|---|
| Face-to-Face | Consumer | | 1580 Medication Monitoring | |
| Phone | Family Member | | 1510 Diagnostic Testing | 1590 Crisis Intervention |
| Intra-Agency Consultation | (Name/Relationship): | | 1520 Individual Counseling | 1620 Fam/Sup/Ed (IND) |
| Diagnostic Update | Legal Guardian | | 1530 Group Counseling | 1630 Fam/Sup/Ed (GP) |
| Follow-up | Other | | Group Size = | 1650 MH Consultation |
| | (Specify): | | 1540 Family Counseling | 1660 In Home Intervention |
| | | | 1560 Phys/Med Assessment | 5411 IOP/Alcohol |
| | | | 1570 Medication Administration | 5412 IOP/Drug |

## PROGRESS NOTE

**Date:** 3/16/06  **Consumer:** David Smith  **Case No.:** 03 2009

| Wkr # | STime | CTime | RU | Locat. | Activ | Modif | Rating | Consumer Signature |
|---|---|---|---|---|---|---|---|---|
| R025 | 15 | 15 | 279 | 100 | 1560 | 7 | | |
| 2070 | 30 | 30 | 279 | 100 | 1580 | 7 | | |

**Current Medications:**

3-16-06

Rozerem nn

**Allergies:** NKA

| | **Current Assessment of Stability:** |
|---|---|
| | Stable |
| | Marginally Stable |
| | Decompensating |
| | Full Syndrome Present |
| | Imminent Risk for Inpatient |
| | Inpatient Past 6 Months |
| | **Current GAF:** |

### Mental Status

| Appearance | Speech | Thought Content | Insight/Judgment |
|---|---|---|---|
| Behavior | Affect/Mood | Thought Process | Substance Abuse |
| Sleep | Orientation | Perception | Med Compliance |
| Appetite | Memory | Intellect | Other |

**Diagnosis:**  3-16-06

**Authorized By:**

G  Mees 3780 A/10 is stable
Denies dep
Full affect
W/o's 70 do
will to be faxed in Potter letter

O

| Staff | | | Return Appt.: | | Return Time: |
|---|---|---|---|---|---|

**EAST ALABAMA MENTAL HEALTH CENTER**
2506 ___bert Drive • Opelika, AL 36801 • (334) 742-2___

K. ROHINI REDDY, M.D.
DEA - AR1855723

MEDICAID - 11412
STATE REG. - 10610

For ___ David Smith ___

Address _____ Date 3 · 16 · 06

℞  Prozac  20 mg  #  Am  # 60
   Risperdal  3 mg  ↑ 9 PM  # 30
   Artane  5 mg  ↑ 9 PM  # 60
   Desyrel  100 mg  ↑ 9 PM  # 30
   Benadryl  50 mg  ↑ 9 PM  # 30

REPT. UT. DICT                              _____ M.D.
1  2  3  4    TIMES        PRODUCT SELECTION PERMITTED
PRN ( )
NON-REP ( )                _____ M.D.
                            DISPENSE AS WRITTEN