# Exhibit K
# Medical File

```
                            LEE COUNTY SHERIFF'S OFFICE
03/15/2004    10:12:46       INMATE BOOKING SHEET                    PAGE    1
==============================================================================
BOOKING NO: 040001111

INMATE NAME: SMITH DAVID LEE
        ALIAS:                                  RACE: B        SEX: M
        ALIAS:                                  HT: 5'08"  HAIR: BLK
      ADDRESS:                                  WT: 170    EYES: BRO
CITY/ST/ZIP:                              COMPLEX:
  HOME PHONE: 000-000-0000                     SSN:
          DOB:                AGE:  35    DL ST:              DLN:
   PLCE BIRTH: OPELIKA                        SID:
        STATE: AL                           LOCID: 3659
     M. STATUS:
      RELIGION:
     GANG ASSOC: N
  SCARS/TATTOOS: SCAR ON RIGHT ELBOW
  KNOWN ENEMIES: N
        REMARKS:
------------------------------ NEXT OF KIN ------------------------------------
   NEXT OF KIN: BESSIE HOUSE              RELATIONSHIP: SISTER
      ADDRESS:                                  PHONE: 334-
  CITY/ST/ZIP: AUBURN, AL 36830
      REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
      EMPLOYED: Y
 EMPLOYER NAME: SELF EMPLOYED
      ADDRESS:
  CITY/ST/ZIP: AUBURN, AL 36830
        PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
   HANDICAPPED: N   NEEDS:
       GLASSES: Y   SMOKE: Y
 MEDICAL NEEDS: N   NEEDS:
     PHYSICIAN:                       PHONE: 000-000-0000
       REMARKS:

       REMARKS:
       REMARKS:
-------------------------------- PROPERTY -------------------------------------
          CASH:       $00.00
   DESCRIPTION:
ADD. PROPERTY: BLK WALLET, ENVELOPE, MISC PAPERS, PEN, WATCH, CAP AND
ADD. PROPERTY: 2 LIGHTER
ADD. PROPERTY:
   BIN NUMBER: 334
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____    DATE:_____    TIME:_____

BOOK OFFICER:_____    DATE:_____    TIME:_____
```

```
                              L'   COUNTY SHERIFF'S OFFICE
03/15/2004    10:12:46           INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 040001111    INMATE NAME: SMITH DAVID LEE
================================================================================
         COURT:                      ATTORNEY ON REC:
         JUDGE:                          PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 03/04/2004  BOOK TIME: 18:35  BOOK TYPE: NORMAL

    ARREST DATE: 03/04/2004        BOOKING OFFICER: C B MOORE
    ARREST DEPT: APD               CELL ASSIGNMENT: F1
 ARRST OFFICER: ARMSTRONG               MEAL CODE: 05   AUBURN PD
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: JUKES              CLASSIFICATION:
   TYPE SEARCH: PAT                  WORK RELEASE: N
INTOX RESULTS:

         HOLDS: N
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
03/15/2004     10:12:46          INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 040001111      INMATE NAME: SMITH DAVID LEE
================================================================================
  CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 04002515                # OF COUNTS:   1
     OFFENSE: POSS FORGED INSTR II       WARRANT #:
      CASE #: 04002515
    BOND AMT: 3000                            FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/04/2004            ARST AGENCY: APD
ARST OFFICR: ARMSTRONG                  COUNTY: LEE
       COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
  CHARGE NO:   2  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC-91-000736.00         # OF COUNTS:   1
     OFFENSE: FTP/BURGLARY II            WARRANT #: CC-91-000736.00
      CASE #:
    BOND AMT:                                  FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/04/2004            ARST AGENCY: APD
ARST OFFICR: AARMSTRONG                  COUNTY: LEE
       COURT: CIRCUIT                     JUDGE: HARPER
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS: MAY BE RELEASED UPON PAYMENT OF 820.51
   COMMENTS: CANCEL WRIT/REVIEW OCT 21,04  9AM
--------------------------------------------------------------------------------
  CHARGE NO:   3  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC93-219                # OF COUNTS:   1
     OFFENSE: FTP/BURG III               WARRANT #:
      CASE #: CC93-219
    BOND AMT: 0                               FINE:   $1,240.58
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/05/2004            ARST AGENCY: LCSO
ARST OFFICR: FULGHAM                     COUNTY:
       COURT:                            JUDGE: HARPER
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                           LEE COUNTY SHERIFF'S OFFICE
03/15/2004      10:12:46         INMATE CHARGE SHEET                    PAGE     4
================================================================================
BOOKING NO: 040001111      INMATE NAME: SMITH DAVID LEE
================================================================================
```

NOTE: Print firmly using blue or black ink to complete form.

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama 36130-3017

# TB
## Skin Test Report

County Code `4` `1`     Target Testing ☐     PROJECT ☐     CHR#_____

**Last Name**
`S` `m` `i` `t` `h`

**First Name**     **MI**
`D` `a` `v` `i` `d`     `L`

**Patient Home Address**
[redacted]

**City**
[redacted]

**State**     **Zip Code**     **Home Phone**
`A` `L`     `3` `6` `8` `3` `0`     ☐ - ☐ - ☐

**SSN:** [redacted] - [redacted] - [redacted]

**Date of Birth:** [redacted] - [redacted] - [redacted]

**SEX:** ● M ○ F

**Race:**
W  B  AI  A  AN  H/PI  O
○ ● ○ ○ ○ ○ ○

**ETHNICITY:**
Hispanic or Latino: ○ YES ● NO

**Test Administered By:**
○ TB Staff
○ PH Nurse
● Other

**Site Test:**
○ Health Department
● Other

**Reason Tested:**
○ Health Care Worker
○ Medical Risk
○ Shelter
○ Student
○ Occupational
○ Foreign Born
○ Homeless
● Jail/Prison
○ Not at Risk

**Contact to Case/Suspect:**
○ YES ● NO

**Risk Categories:**
○ A
● B
○ C

**PPD ONE:**
Provider#: ☐     Lot#: `C` `1` `4` `2` `2` `AA`
Date of Test: `05` - `17` - `2004`     Antigen ○ AP ● TU

**PPD TWO:**
Provider#: ☐     Lot#: ☐
Date of Test: ☐ - ☐ - ☐     Antigen ○ AP ○ TU

Provider#: ☐
Date Read: `05` - `19` - `2004`     Result `0` mm ○ Not Read

Provider#: ☐
Date Read: ☐ - ☐ - ☐     Result ☐ mm ○ Not Read

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002

LEE COUNTY SHERIFF
2311 GATEWAY DRIVE
OPELIKA, AL 36803

4739494381

**ALABAMA DEPARTMENT OF PUBLIC HEALTH**

| HIV SEROLOY | 86701 |
| WESTERN BLOT | 86689 |

**BUREAU OF CLINICAL LABORATORIES**

I.D. NUMBER **430826**

*PLEASE USE A BLACK PEN*

Patient's Last Name | Patient's First Name | MI

Address | Apt.

Counselor (Initials)

Date Collected ___ / ___ / _____

City | State | Zip

**PLACE LABEL INSIDE RECTANGLE**

Phone [____] - [____] - [____]

**EIA**
Results: Indicated by Marked
- ◯ Negative
- ◯ Not Done
- ◉ Positive

**WESTERN BLOT**
- ◯ Negative
- ◯ Indeterminate
- ◉ Positive
- ◯ Not Done

**RACE**
W  B  H  A  I  U  M
◯ ◉ ◯ ◯ ◯ ◯ ◯

**SEX**
M  F
◯ ◯

DOB (mmddyyyy) ___ / ___ / _____

ANALYST INITIALS [____]

DATE REPORTED ___ / ___ / _____

Provider | SITE CODE | CNTY
Address
City | State | Zip

LEE COUNTY SHERIFF
2311 GATEWAY DRIVE
OPELIKA, AL 36801

- ☐ Birmingham
- ☐ Decatur
- ☐ Dothan
- ☐ Mobile
- ☒ Montgomery

County Health Dept. CHR Number

Social Security Number

Has Patient Had a Previous Positive or Indeterminate Western Blot?
- ◉ No   ◯ Yes   ◯ Unknown

Medicaid Number | Provider Number

Date [____] / [____] / [____]

**PATIENT SHOULD HAVE A
TUBERCULIN SKIN TEST
IF HIV POSITIVE**

*REPORT COPY*

# LEE COUNTY DETENTION CENTER
## MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _David Lee Smith_

DATE OF BIRTH ▓▓▓▓▓▓▓▓     RACE/SEX _B/M_

SOCIAL SECURITY# ▓▓▓▓▓▓▓▓     CELL _# E-1_

## ***SERVICES & FEES***

| | |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☑ DOCTOR VISIT | ~~$10.00~~ |
| ☐ DENTIST VISIT | $10.00 |
| ☐ PRESCRIPTION | $3.00 |
| ☐ FOLLOW-UP VISIT | N/A |

TOTAL OF MEDICAL SERVICES
RENDERED     $ _10⁰⁰_

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____

Inmate Signature & Date _David Lee Smith_     _5/26/04_

## Inmate Account Payable Clerk Signature & Date

_Jak_

☑ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

## Lee County Detention Center
# INMATE REQUEST SLIP

Name David Lee Smith          Date 7-10-04

**LOCATION** E-2

☐ Telephone Call     ☑ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I am Requesting to see the Doctor about these (rises) that keep come on my Body as well as these (sores) that are so very painful, and why can't I get a (med, tran) to (one sure prison) were I can get the (Help I need), And why, I'm not geting my special Diet

<u>Do Not Write Below This Line</u> - For Reply Only

addressed with instruction - on/ishy
O. Burke pw

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed

Lee County Detention Center
# INMATE REQUEST SLIP

*E-2*

**LOCATION**

Name *Smith, David*    Date *07/14/04*

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_____

_____

_____

_____

_____

_____

_____

<u>Do Not Write Below This Line</u> - For Reply Only

*Inmate To have extra*
*Serving of food with meals*

*per D. McFarland.*

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Lee County Detention Center
# INMATE REQUEST SLIP

Sergeant Butler

E-2
**LOCATION**

Name David Lee Smith    Date 7-15-04

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I'm writing this request for help. I'm H.I.V.-Aids posiative and cannot get proper medical help or care. I feel I'm being deseriminated against because I have H.I.V.-Aids. The Head Nurse is not helping me get the help I Need. Thank You David Lee Smith

<u>Do Not Write Below This Line</u> - For Reply Only

7/15/04 You Saw our MD & You have seen him Befor MD Order Antibiotic

Nurse Shew

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

### Lee County Detention Center
# InMATE REQUEST SLiP

Sergeant Butler

**E-2**
**LOCATION**

Name David Lee Smith          Date 7-15-04

☐ Telephone Call     ☐ Doctor          ☐ Dentist     ☐ Time Sheet

☐ Special Visit      ☑ Personal Problem ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I'm writing this request for help. I'm H.I.V.-Aids posiative and cannot get proper Medical help or care. I feel I'm being descriminated against because I have H.I.V.-Aids. The Head Nures is not helping me get the help I Need. Thank You David Lee Smith

<u>Do Not Write Below This Line</u> - For Reply Only

7/15/04  You  Saw  Our  MD
& You  have  Seen  him
Before  MD  Ordered  Antibiodic.

Nurse Shea

Approved _____ Denied _____ Collect Call_____

# LEE COUNTY DETENTION CENTER
## MEDICAL CHARGE FORM
### (FORM #33)

**INMATE NAME** _Smith David_

**DATE OF BIRTH** _05/22/68_          **RACE/SEX** _B\m_

**SOCIAL SECURITY#** _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_          **CELL** _E2_

## ***SERVICES & FEES***

| | |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☒ DOCTOR VISIT | $10.00 |
| ☐ DENTIST VISIT | $10.00 |
| ☐ PRESCRIPTION | $3.00 |
| ☐ FOLLOW-UP VISIT | N/A |

**TOTAL OF MEDICAL SERVICES RENDERED**     $ _10.00_

---

# MEDICAL VERIFICATION SECTION

**Authorized Nursing Staff Signature & Date** _D. Bub  spn  07/13/04_

**Inmate Signature & Date** _____

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _Smith, Daul_

DATE OF BIRTH _____ RACE/SEX _____

SOCIAL SECURITY# _____ CELL _E - 2_

## ***SERVICES & FEES***

☐ SICK CALL                $10.00
☐ DOCTOR VISIT             $10.00
☐ DENTIST VISIT            $10.00
☑ PRESCRIPTION             $3.00
☐ FOLLOW-UP VISIT          N/A

**TOTAL OF MEDICAL SERVICES RENDERED**     $ _3⁰⁰_

---

# MEDICAL VERIFICATION SECTION

**Authorized Nursing Staff Signature & Date** _____

**Inmate Signature & Date** _____   _7/14/__

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

FORM: LCS-DC33 (9/02)

```
05/25/2006      18:34:50        E COUNTY SHERIFF'S OFFICE
                                  INMATE BOOKING SHEET                    PAGE    1
=============================================================================
BOOKING NO: 060002576

INMATE NAME: SMITH DAVID LEE
      ALIAS:                                    RACE: B      SEX: M
      ALIAS:                                      HT: 5'08"  HAIR: BLK
    ADDRESS:                                      WT: 170    EYES: BRO
CITY/ST/ZIP:                               COMPLEX: DRK
 HOME PHONE: 334-        9                      SSN:
        DOB:              AGE:  38           DL ST:          DLN:
 PLCE BIRTH: OPELIKA                           SID:
      STATE: AL                              LOCID: 3659
  M. STATUS:
   RELIGION: CHRISTIAN
  GANG ASSOC: N
SCARS/TATTOOS: SCAR ON RIGHT ELBOW
KNOWN ENEMIES: NONE CLAIMED
     REMARKS:
------------------------------ NEXT OF KIN ------------------------------
  NEXT OF KIN: BESSIE HOUSE              RELATIONSHIP: SISTER
      ADDRESS:                                 PHONE: 334-5
 CITY/ST/ZIP: AUBURN, AL 36830
      REMARKS:
---------------------------- EMPLOYER INFO -----------------------------
    EMPLOYED: N
EMPLOYER NAME: N
      ADDRESS:
 CITY/ST/ZIP: ,
        PHONE: 000-000-0000
-------------------------------- MEDICAL -------------------------------
  HANDICAPPED: N   NEEDS: Y
      GLASSES: Y   SMOKE: Y
MEDICAL NEEDS: Y   NEEDS: AIDS
    PHYSICIAN: UKN              PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY -------------------------------
         CASH:        $00.00
  DESCRIPTION:
ADD. PROPERTY: 1 WATCH STREET CLOTHES 1 BLACK BAG TRIM IN RED
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 55
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
=============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE                          DATE: 5-25-06   TIME: 18:35

BOOK OFFICER: Cooper             DATE: 525-06   TIME: 18:35
```

```
                              E COUNTY SHERIFF'S OFFICE
05/25/2006    18:34:50          INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 060002576      INMATE NAME: SMITH DAVID LEE
================================================================================
           COURT:                    ATTORNEY ON REC:
           JUDGE:                          PHONE: 000-000-0000
         REMARKS:
         REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 05/25/2006  BOOK TIME: 18:27  BOOK TYPE: NORMAL

    ARREST DATE: 05/25/2006           BOOKING OFFICER: COOPER
    ARREST DEPT: LCSO                 CELL ASSIGNMENT: E6
  ARRST OFFICER: PEEK                       MEAL CODE: 01   LEE COUNTY
  PROJ. RLSDATE: 00/00/0000                  FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: OFC SOWAR             CLASSIFICATION:
   TYPE SEARCH: DRESSED OUT            WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: N
         AGENCY:                REASON:
         AGENCY:                REASON:
         AGENCY:                REASON:
         AGENCY:                REASON:

          NOTES:
          NOTES:
          NOTES:
```

```
                               E COUNTY SHERIFF'S OFFICE
 05/25/2006     18:34:50         INMATE CHARGE SHEET                    PAGE    3
==================================================================================
 BOOKING NO: 060002576       INMATE NAME: SMITH DAVID LEE
==================================================================================
    CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

 ALA STATUTE: CC 2004-479            # OF COUNTS:   1
     OFFENSE: VIOLATION PROBATION      WARRANT #:
      CASE #: CC 2004 479
    BOND AMT: NO                           FINE:       $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/25/2006             ARST AGENCY: LCSO
 ARST OFFICR: OFC R PEEK                 COUNTY: LEE
       COURT:                            JUDGE:
 DEF ATTORNY:                      DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
----------------------------------------------------------------------------------
```

```
                           ‎ΞE COUNTY SHERIFF'S OFFICE
05/25/2006     18:34:50    MEDICAL SCREENING FORM
                                                              PAGE 1
=============================================================================
Booking No: 060002576  Date: 05/25/2006  Time: 18:27  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                    Race: B        Sex: M
       DOB: 0▓▓▓▓▓▓8  Age: 38  SSN: 4▓▓▓▓▓▓▓▓  Height: 5'08"  Weight: 170
-----------------------------------------------------------------------------
```

N    1.   Is inmate unconscious?

N    2.   Does inmate have any visible signs of trauma, illness, obvious pain
          and bleeding, requiring immediate emergency or doctor's care?

N    3.   Is there obvious fever, swollen lymph nodes, jaundice or other
          evidence of infection that might spread through the facility?

N    4.   Any signs of poor skin condition, vermin, rashes or needle marks?

N    5.   Does inmate appear to be under the influence of drugs or alcohol?

N    6.   Any visible signs of alcohol or drug withdrawal?

N    7.   Does inmate's behavior suggest the risk of suicide or assault?

N    8.   Is inmate carrying any medication?

N    9.   Does the inmate have any physical deformities?

N   10.   Does inmate appear to have psychiatric problems?

    11.   Do you have or have you ever had or has anyone in your family
          ever had any of the following?

N   a. Allergies      N   f. Fainting Spells    N   k. Seizures

N   b. Arthritis       N   g. Hearing Condition  N   l. Tuberculosis

N   c. Asthma          N   h. Hepatitis          N   m. Ulcers

N   d. Diabetes        N   i. High Blood Pressure N   n. Venereal Disease

N   e. Epilepsy        N   j. Psychiatric Disorder N   o. Other (Specify)

Other:   *Aids patient tendonitis*

    12.   For females only:

    _____  a. Are you pregnant?

    _____  b. Do you take birth control pills?

    _____  c. Have you recently delivered?

```
                            EE COUNTY SHERIFF'S OFFICE
05/25/2006    18:34:50    MEDICAL SCREENING FORM              PAGE 2
==================================================================
Booking No: 060002576  Date: 05/25/2006  Time: 18:27  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL
------------------------------------------------------------------
Inmate Name: SMITH DAVID LEE                    Race: B       Sex: M
     DOB: ███████ Age:  38  SSN: ███████   Height: 5'08"  Weight: 170
------------------------------------------------------------------
```

_N_    13.  Have you recently been hospitalized or treated by a doctor?

_N_    14.  Do you currently take any non-prescription medication or medication
            prescribed by a doctor?

_N_    15.  Are you allergic to any medication?

_N_    16.  Do you have any handicaps or conditions that limit activity?

_N_    17.  Have you ever attempted suicide or are you thinking about it now?

_N_    18.  Do you regularly use alcohol or street drugs?

_N_    19.  Do you have any problems when you stop drinking or using drugs?

_N_    20.  Do you have a special diet prescribed by a physician?

_N_    21.  Do you have any problems or pain with your teeth?

_N_    22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: X _David Lee_ _____    DATE: 5-25-06   TIME: 18:34

BOOK OFFICER: _Cooper_ _____    DATE: 5-25-06   TIME: 18:34

```
                          LEE COUNTY SHERIFF'S OFFICE
   /2006     16:29:00     INMATE BOOKING SHEET                    PAGE    1
   =================================================================
   KING NO: 060002501

NMATE NAME: SMITH DAVID LEE
       ALIAS:                                    RACE: B      SEX: M
       ALIAS:                                    HT: 5'08"  HAIR: BLK
     ADDRESS: ████████████ST                     WT: 170    EYES: BRO
   ITY/ST/ZIP: ███████████O             COMPLEX: DRK
  HOME PHONE: 334-███-██9                         SSN: ████████
          DOB: ██-██-█8  AGE:  38       DL ST:            DLN:
  PLCE BIRTH: OPELIKA                    SID:
       STATE: AL                         LOCID: 3659
   M. STATUS: SINGLE
    RELIGION: CHRISTIAN
 GANG ASSOC: N
 CARS/TATTOOS: SCAR ON RIGHT ELBOW
 NOWN ENEMIES: NONE CLAIMED
     REMARKS:
--------------------------- NEXT OF KIN ----------------------------
 NEXT OF KIN: BESSIE HOUSE              RELATIONSHIP: SISTER
     ADDRESS: 812 MARTIN LUTHER KING         PHONE: 334-502-8671
 CITY/ST/ZIP: AUBURN, AL 36830
     REMARKS:
--------------------------- EMPLOYER INFO --------------------------
    EMPLOYED: N
 MPLOYER NAME: N
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
----------------------------- MEDICAL -----------------------------
 HANDICAPPED: N   NEEDS: Y
     GLASSES: Y   SMOKE: Y
 EDICAL NEEDS: Y   NEEDS: AIDS
   PHYSICIAN: UKN             PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
---------------------------- PROPERTY -----------------------------
        CASH:      $00.00
 DESCRIPTION:
 DD. PROPERTY: STREET CLOTHING
 DD. PROPERTY:
 DD. PROPERTY:
  BIN NUMBER: 16
 EH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
   =================================================================
 HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
 NFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

NMATE: _(signature)_    DATE: 5-22-06  TIME: 430

OK OFFICER: _(signature)_    DATE: 5-22-06  TIME: 430

```
                              LEE COUNTY SHERIFF'S OFFICE
)5/22/2006    16:29:00           INMATE BOOKING SHEET                    PAGE    2
================================================================================
3OOKING NO: 060002501       INMATE NAME: SMITH DAVID LEE
================================================================================
          COURT: CIRCUIT           ATTORNEY ON REC:
          JUDGE: HARPER                     PHONE: 000-000-0000
       REMARKS:
       REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    BOOK DATE: 05/22/2006  BOOK TIME: 15:39  BOOK TYPE: NORMAL

   ARREST DATE: 05/22/2006          BOOKING OFFICER: AUSBY
   ARREST DEPT: LCSO                CELL ASSIGNMENT: HC3
ARRST OFFICER: AFERRELL                 MEAL CODE: 01  LEE COUNTY
 PROJ. RLSDATE: 00/00/0000               FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: COWHICK              CLASSIFICATION:
   TYPE SEARCH: STRIP               WORK RELEASE: N
INTOX RESULTS:

        HOLDS: Y
       AGENCY: MOUNTIAN BROOK    REASON:
       AGENCY: P.D.              REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
05/22/2006    16:29:00          INMATE CHARGE SHEET                         PAGE    3
================================================================================
BOOKING NO: 060002501     INMATE NAME: SMITH DAVID LEE
================================================================================
  CHARGE NO:  1  DISPOSITION: OPEN            HOLD: N

ALA STATUTE: CC91-736              # OF COUNTS:   1
    OFFENSE: FTA(BURG III)          WARRANT #:
     CASE #: CC91-736
   BOND AMT: 000                       FINE:        $0.00
   BAIL AMT: 000
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006           ARST AGENCY: LCSO
ARST OFFICR: FERRELL                  COUNTY: LEE
      COURT: CIRCUIT                   JUDGE: HARPER
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  2  DISPOSITION: OPEN            HOLD: N

ALA STATUTE: CC98-1071             # OF COUNTS:   1
    OFFENSE: FTA(TOP I)             WARRANT #:
     CASE #: CC98-1071
   BOND AMT: 000                       FINE:        $0.00
   BAIL AMT: 000
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006           ARST AGENCY: LCSO
ARST OFFICR: FERRELL                  COUNTY: LEE
      COURT: CIRCUIT                   JUDGE: HARPER
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  3  DISPOSITION: OPEN            HOLD: N

ALA STATUTE: CC92-728              # OF COUNTS:   1
    OFFENSE: FTA(DRIVING W/O LICENSES  WARRANT #:
     CASE #: CC92-728
   BOND AMT: 000                       FINE:        $0.00
   BAIL AMT: 000
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006           ARST AGENCY: LCSO
ARST OFFICR: FERRELL                  COUNTY: LEE
      COURT: CIRCUIT                   JUDGE: HARPER
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                           LEE COUNTY SHERIFF'S OFFICE
05/22/2006     16:29:00       INMATE CHARGE SHEET                    PAGE    4
===============================================================================
BOOKING NO: 060002501     INMATE NAME: SMITH DAVID LEE
===============================================================================
  CHARGE NO:   4 DISPOSITION: OPEN               HOLD: N

ALA STATUTE: CC93-219            # OF COUNTS:   1
    OFFENSE: FTA(BURG III)         WARRANT #:
     CASE #: CC93-219
   BOND AMT: 000                     FINE:        $0.00
   BAIL AMT: 000
INIT APPEAR: 00/00/0000       SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006          ARST AGENCY: LCSO
ARST OFFICR: FERRELL                  COUNTY: LEE
      COURT: CIRCUIT                   JUDGE: HARPER
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   5 DISPOSITION: OPEN               HOLD: N

ALA STATUTE: CC95-097923         # OF COUNTS:   1
    OFFENSE: PROBATATION VIOL(FORG II)  WARRANT #:
     CASE #: CC95-097923
   BOND AMT: 000                     FINE:        $0.00
   BAIL AMT: 000
INIT APPEAR: 00/00/0000       SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006          ARST AGENCY: LCSO
ARST OFFICR: FERRELL                  COUNTY: LEE
      COURT: CIRCUIT                   JUDGE: HARPER
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                          LEE COUNTY SHERIFF'S OFFICE
05/22/2006     16:29:00    MEDICAL SCREENING FORM                PAGE 1
===============================================================================
Booking No: 060002501  Date: 05/22/2006  Time: 15:39  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                    Race: B        Sex: M
    DOB: ████████8 Age:  38  SSN: ███████4  Height: 5'08"  Weight: 170
-------------------------------------------------------------------------------
```

_____ 1.  Is inmate unconscious?

_____ 2.  Does inmate have any visible signs of trauma, illness, obvious pain
           and bleeding, requiring immediate emergency or doctor's care?

_____ 3.  Is there obvious fever, swollen lymph nodes, jaundice or other
           evidence of infection that might spread through the facility?

_____ 4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____ 5.  Does inmate appear to be under the influence of drugs or alcohol?

_____ 6.  Any visible signs of alcohol or drug withdrawal?

_____ 7.  Does inmate's behavior suggest the risk of suicide or assault?

_____ 8.  Is inmate carrying any medication?

_____ 9.  Does the inmate have any physical deformities?

_____ 10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

| | | |
|---|---|---|
| *No* a. Allergies | *No* f. Fainting Spells | *No* k. Seizures |
| *No* b. Arthritis | *No* g. Hearing Condition | *No* l. Tuberculosis |
| *No* c. Asthma | *No* h. Hepatitis | *No* m. Ulcers |
| *No* d. Diabetes | *No* i. High Blood Pressure | *No* n. Venereal Disease |
| *No* e. Epilepsy | *Yes* j. Psychiatric Disorder | *No* o. Other (Specify) |

Other: _____

       _____

       _____

12.  For females only:

        a. Are you pregnant?

        b. Do you take birth control pills?

```
                              LEE COUNTY SHERIFF'S OFFICE
05/22/2006    16:29:00    MEDICAL SCREENING FORM                    PAGE 2
===========================================================================
Booking No: 060002501  Date: 05/22/2006  Time: 15:39  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                      Race: B        Sex: M
      DOB:        8 Age:  38  SSN:          Height: 5'08"  Weight: 170
---------------------------------------------------------------------------
```

13. Have you recently been hospitalized or treated by a doctor? *Wed—17,19 2006-Dr.*

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication? *sinus*

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now? *98*

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

*aids*

*takeMeds*

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _David Lee Smith_    DATE: 5-22-06    TIME: 4 45

BOOK OFFICER: _Ausby_    DATE: 5-22-06    TIME: 445

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME  _Smith, David_

DATE OF BIRTH _____  RACE/SEX _____

SOCIAL SECURITY# _____  CELL  _E-6_

## ***SERVICES & FEES***

☐ SICK CALL                    $10.00
☑ DOCTOR VISIT                 $10.00
☐ DENTIST VISIT                $10.00
☐ PRESCRIPTION                 $3.00
☐ FOLLOW-UP VISIT              N/A

TOTAL OF MEDICAL SERVICES    $ _10.00_
RENDERED

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____ 5/31/06

Inmate Signature & Date _____

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.




## *SHERIFF OF LEE COUNTY*

## *JAY JONES*

*P.O. BOX 2407*
*OPELIKA, AL 36803-2407*
*PHONE (334)737-3582*
*FAX (334)737-3574*
*E-MAIL: LCSO@MINDSPRING.COM*

---

### *FACSILILE COVER SHEET*

*DATE:* 5/31/06

*ATTN:* records

*FROM:* Nursing   K. Griffith LPN

*MESSAGE:* _____

_____

_____

_____

_____

_____

_____

_____

**NUMBER OF PAGES INCLUDING COVER SHEET** 2

I hereby authorize the Lee County Sheriff's Office to use, disclose and/or obtain my health information as follows (check all that apply):

| ( ) use the following health information maintained by Lee County Sheriff's Office. | ( ) disclose the following health Information to: | ( ) obtain the following health information from: |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

Specific description of the health information to be used/disclosed/obtained (include dates of service, type of service, etc) : _____
_____
_____

This health information is used/disclosed/obtained for the purpose (if Authorization requested by the patient put: "At the request of the individual"): _____
_____
_____

I understand that this health information may include information regarding drugs and alcohol, human immunodeficiency virus test results, and psychotherapy notes.

If the disclosure is for marketing purposes, will the Lee County Sheriff's Office directly or indirectly receive remuneration for the disclosure of health information? Yes ___ No ___ N/A ___.

By providing this Authorization, I understand as follows:

I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.

1.  I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected.
2.  I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information and no longer protected by the Federal Privacy Rules.
3.  I understand that I may revoke this Authorization at any time by notifying the Lee County Sheriff's Office in writing, but if I do, it will not have any effect on uses or disclosures prior to the receipt of the revocation.
4.  I understand that I will receive a copy of this Authorization form after I sign it.
5.  I understand that this Authorization will expire on _____ / _____ / _____ (MM/DD/YR) or upon the following event (if for research put "None" or "End of the research study"): _____ If an expiration date is not chosen, this authorization will cease to be valid 90 days from the date of signature.

_David Lee Smith_____    _5/23/06_____
Signature of Patient or Patient Representative    Date

_____    05/24/06
Printed Name of Patient's Representative (if applicable)    I'm refusing by
                                                          any information

_____
Representative's Relationship to Patient (if applicable)

∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙ ∙

**LEE COUNTY SHERIFF'S OFFICE**          **PATIENT INFORMATION**

PATIENT AUTHORIZATION FOR USE          PATIENT NAME:_____
AND/OR DISCLOSURE OF PROTECTED          SOCIAL SECURITY NUMBER _____
HEALTH INFORMATION                      DATE OF BIRTH _____