# Exhibit L
# Inmate File

```
                            LEE COUNTY SHERIFF'S OFFICE
05/25/2006     18:34:50      MEDICAL SCREENING FORM                    PAGE 1
========================================================================
Booking No: 060002576  Date: 05/25/2006  Time: 18:27  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                       Race: B        Sex: M
        DOB: ███████8  Age:  38  SSN: ███████4  Height: 5'08"  Weight: 170
```
--------------------------------------------------------------------------

*N*  1.  Is inmate unconscious?

*N*  2.  Does inmate have any visible signs of trauma, illness, obvious pain
         and bleeding, requiring immediate emergency or doctor's care?

*N*  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
         evidence of infection that might spread through the facility?

*N*  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

*N*  5.  Does inmate appear to be under the influence of drugs or alcohol?

*N*  6.  Any visible signs of alcohol or drug withdrawal?

*N*  7.  Does inmate's behavior suggest the risk of suicide or assault?

*N*  8.  Is inmate carrying any medication?

*N*  9.  Does the inmate have any physical deformities?

*N* 10.  Does inmate appear to have psychiatric problems?

   11.  Do you have or have you ever had or has anyone in your family
        ever had any of the following?

*N* a. Allergies      *N* f. Fainting Spells    *N* k. Seizures

*N* b. Arthritis      *N* g. Hearing Condition  *N* l. Tuberculosis

*N* c. Asthma         *N* h. Hepatitis          *N* m. Ulcers

*N* d. Diabetes       *N* i. High Blood Pressure *N* n. Venereal Disease

*N* e. Epilepsy       *N* j. Psychiatric Disorder *N* o. Other (Specify)

Other: _Aids patient tendonitis_
       _____
       _____

   12.  For females only:

        _____ a. Are you pregnant?

        _____ b. Do you take birth control pills?

        _____ c. Have you recently delivered?

```
                          LEE COUNTY SHERIFF'S OFFICE
05/25/2006    18:34:50    MEDICAL SCREENING FORM                    PAGE 2
==========================================================================
Booking No: 060002576  Date: 05/25/2006  Time: 18:27  Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                  Race: B        Sex: M
       DOB: ██████████ Age:  38   SSN: ██████████  Height: 5'08"  Weight: 170
--------------------------------------------------------------------------
```

**13.** Have you recently been hospitalized or treated by a doctor?

**14.** Do you currently take any non-prescription medication or medication prescribed by a doctor?

**15.** Are you allergic to any medication?

**16.** Do you have any handicaps or conditions that limit activity?

**17.** Have you ever attempted suicide or are you thinking about it now?

**18.** Do you regularly use alcohol or street drugs?

**19.** Do you have any problems when you stop drinking or using drugs?

**20.** Do you have a special diet prescribed by a physician?

**21.** Do you have any problems or pain with your teeth?

**22.** Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _David Lee_        DATE: 5-25-06    TIME: 18:34

BOOK OFFICER: _Cooper_       DATE: 5-25-06    TIME: 18:34

```
                              LEE COUNTY SHERIFF'S OFFICE
                                 INMATE RELEASE SHEET
05/24/2006      09:33:47                                                    PAGE    1
=====================================================================================
BOOKING NO: 060002501

INMATE NAME: SMITH DAVID LEE                           RACE: B        SEX: M
      ALIAS:                                             HT: 5'08"   HAIR: BLK
      ALIAS:                                             WT: 170     EYES: BRO
    ADDRESS: ████████████████████              COMPLEX: DRK
CITY/ST/ZIP: ██████████████████                    SSN: 4███████24
 HOME PHONE: 334-5███████                        DL ST:              DLN:
        DOB: ██████████  AGE:  38                   SID:
 PLCE BIRTH: OPELIKA                             LOCID: 3659
      STATE: AL
  M. STATUS:
   RELIGION: CHRISTIAN
 GANG ASSOC: N
SCARS/TATTOOS: SCAR ON RIGHT ELBOW
KNOWN ENEMIES: NONE CLAIMED
      REMARKS:
------------------------------ NEXT OF KIN --------------------------------
 NEXT OF KIN: BESSIE HOUSE                 RELATIONSHIP: SISTER
     ADDRESS: ████████████████                    PHONE: 334█████████
 CITY/ST/ZIP: █████████████
     REMARKS:
------------------------------ EMPLOYER INFO ------------------------------
    EMPLOYED: N
EMPLOYER NAME: N
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
------------------------------ MEDICAL ------------------------------
  HANDICAPPED: N   NEEDS: Y
      GLASSES: Y   SMOKE: Y
MEDICAL NEEDS: Y   NEEDS: AIDS
    PHYSICIAN: UKN                     PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------ PROPERTY ------------------------------
         CASH:     $00.00
  DESCRIPTION:
ADD. PROPERTY: STREET CLOTHING
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 16
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
=====================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____   DATE: _____   TIME: _____

BOOK OFFICER: _____   DATE: 5-24   TIME: 9:42
```

```
                         LEE COUNTY SHERIFF'S OFFICE
05/24/2006    09:33:47        INMATE RELEASE SHEET                    PAGE    2
================================================================================
BOOKING NO: 060002501      INMATE NAME: SMITH DAVID LEE
================================================================================
        COURT: CIRCUIT              ATTORNEY ON REC:
        JUDGE: HARPER                      PHONE: 000-000-0000
      REMARKS:
      REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 05/22/2006  BOOK TIME: 15:39  BOOK TYPE: NORMAL

   ARREST DATE: 05/22/2006          BOOKING OFFICER: AUSBY
   ARREST DEPT: LCSO                CELL ASSIGNMENT:
 ARRST OFFICER: AFERRELL                  MEAL CODE: 01  LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                 FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: COWHICK              CLASSIFICATION:
  TYPE SEARCH: STRIP                 WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
================================================================================
 RELEASE DATE: 05/24/2006  RELEASE TIME: 09:33    # DAYS SERVED:    3

RELEASE OFFICER: BLACK
   RELEASE TYPE: ORD RLSE JUDGE
       REMARKS: CLEAR DB
       REMARKS:
       REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____  DATE:_____  TIME:_____

BOOK OFFICER:_____  DATE:_____  TIME:_____
```

```
                            LEE COUNTY SHERIFF'S OFFICE
05/24/2006    09:33:47         INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 060002501      INMATE NAME: SMITH DAVID LEE
================================================================================
  CHARGE NO:   1  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC91-736                  # OF COUNTS:    1
    OFFENSE: FTA(BURG III)             WARRANT #:
     CASE #: CC91-736
   BOND AMT: 000                          FINE:       $0.00
   BAIL AMT: 000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 05/23/2006
ARREST DATE: 05/22/2006             ARST AGENCY: LCSO
ARST OFFICR: FERRELL                     COUNTY: LEE
      COURT: CIRCUIT                       JUDGE: HARPER
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS: REVIEW OCT.5,2006 1:30 PM TO START PYMTS
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
  CHARGE NO:   2  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC98-1071                 # OF COUNTS:    1
    OFFENSE: FTA(TOP I)                WARRANT #:
     CASE #: CC98-1071
   BOND AMT: 000                          FINE:       $0.00
   BAIL AMT: 000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006             ARST AGENCY: LCSO
ARST OFFICR: FERRELL                     COUNTY: LEE
      COURT: CIRCUIT                       JUDGE: HARPER
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS: REVIEW OCT.5,2006 1:30PM TO START PYMTS
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
  CHARGE NO:   3  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC92-728                  # OF COUNTS:    1
    OFFENSE: FTA(DRIVING W/O LICENSES  WARRANT #:
     CASE #: CC92-728
   BOND AMT: 000                          FINE:       $0.00
   BAIL AMT: 000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006             ARST AGENCY: LCSO
ARST OFFICR: FERRELL                     COUNTY: LEE
      COURT: CIRCUIT                       JUDGE: HARPER
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS: REVIEW OCT.5,2006 1:30 PM TO START PYMTS
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                              LEE COUNTY SHERIFF'S OFFICE
05/24/2006      09:33:47         INMATE CHARGE SHEET                      PAGE    4
=================================================================================
BOOKING NO: 060002501      INMATE NAME: SMITH DAVID LEE
=================================================================================
   CHARGE NO:   4  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: CC93-219                  # OF COUNTS:   1
     OFFENSE: FTA(BURG III)              WARRANT #:
      CASE #: CC93-219
    BOND AMT: 000                               FINE:       $0.00
    BAIL AMT: 000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006               ARST AGENCY: LCSO
ARST OFFICR: FERRELL                      COUNTY: LEE
      COURT: CIRCUIT                        JUDGE: HARPER
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS: OCT.5,2006 1:30 PM REVIEW TO START PYMTS
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:   5  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: CC95-097923               # OF COUNTS:   1
     OFFENSE: PROBATATION VIOL(FORG II)   WARRANT #:
      CASE #: CC95-097923
    BOND AMT: 000                               FINE:       $0.00
    BAIL AMT: 000
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 05/24/2006
ARREST DATE: 05/22/2006               ARST AGENCY: LCSO
ARST OFFICR: FERRELL                      COUNTY: LEE
      COURT: CIRCUIT                        JUDGE: HARPER
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D31
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                              LEE COUNTY SHERIFF'S OFFICE
05/22/2006      16:29:00       INMATE BOOKING SHEET                    PAGE   1
================================================================================
BOOKING NO: 060002501

INMATE NAME: SMITH DAVID LEE
       ALIAS:                              RACE: B        SEX: M
       ALIAS:                                HT: 5'08"   HAIR: BLK
     ADDRESS:                                WT: 170     EYES: BRO
CITY/ST/ZIP:                      30     COMPLEX: DRK
  HOME PHONE: 334-5          79              SSN:
         DOB:              8  AGE:  38     DL ST:              DLN:
  PLCE BIRTH: OPELIKA                        SID:
       STATE: AL                           LOCID: 3659
   M. STATUS: SINGLE
    RELIGION: CHRISTIAN
  GANG ASSOC: N
SCARS/TATTOOS: SCAR ON RIGHT ELBOW
KNOWN ENEMIES: NONE CLAIMED
      REMARKS:
------------------------------ NEXT OF KIN ---------------------------------
```



ORDER OF RELEASE FROM JAIL

State of Alabama Unified Judicial System — Form C-42 Rev 5/88

IN THE _____ COURT OF _____ Lee _____ COUNTY

STATE OF ALABAMA v. David Lee Smith

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

Date 5/23/06

```
ADD. PROPERTY:
  BIN NUMBER: 16
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE_____  DATE: 5-22-06  TIME: 430
BOOK OFFICER:_____  DATE: 5-22-06  TIME: 430
```

```
                           LEE COUNTY SHERIFF'S OFFICE
05/22/2006      16:29:00      INMATE BOOKING SHEET                    PAGE    2
===============================================================================
BOOKING NO: 060002501      INMATE NAME: SMITH DAVID LEE
===============================================================================
          COURT: CIRCUIT             ATTORNEY ON REC:
          JUDGE: HARPER                      PHONE: 000-000-0000
        REMARKS:
        REMARKS:
-------------------------------------------------------------------------------
    BOOK DATE: 05/22/2006  BOOK TIME: 15:39  BOOK TYPE: NORMAL

   ARREST DATE: 05/22/2006           BOOKING OFFICER: AUSBY
   ARREST DEPT: LCSO                 CELL ASSIGNMENT: HC3
 ARRST OFFICER: AFERRELL                   MEAL CODE: 01  LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                  FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: COWHICK              CLASSIFICATION:
  TYPE SEARCH: STRIP                  WORK RELEASE: N
INTOX RESULTS:

         HOLDS: Y
        AGENCY: MOUNTIAN BROOK    REASON:
        AGENCY: P.D.              REASON:
        AGENCY:                   REASON:
        AGENCY:                   REASON:

         NOTES:
         NOTES:
         NOTES:
```



```
                              LEE COUNTY SHERIFF'S OFFICE
05/22/2006    16:29:00        INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 060002501     INMATE NAME: SMITH DAVID LEE
===============================================================================
  CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC91-736                    # OF COUNTS:   1
    OFFENSE: FTA(BURG III)                 WARRANT #:
      CASE #: CC91-736
    BOND AMT: 000                           FINE:        $0.00
    BAIL AMT: 000
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/22/2006             ARST AGENCY: LCSO
 ARST OFFICR: FERRELL                    COUNTY: LEE
       COURT: CIRCUIT                      JUDGE: HARPER
 DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   2  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC98-1071                   # OF COUNTS:   1
    OFFENSE: FTA(TOP I)                    WARRANT #:
      CASE #: CC98-1071
    BOND AMT: 000                           FINE:        $0.00
    BAIL AMT: 000
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/22/2006             ARST AGENCY: LCSO
 ARST OFFICR: FERRELL                    COUNTY: LEE
       COURT: CIRCUIT                      JUDGE: HARPER
 DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   3  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC92-728                    # OF COUNTS:   1
    OFFENSE: FTA(DRIVING W/O LICENSES      WARRANT #:
      CASE #: CC92-728
    BOND AMT: 000                           FINE:        $0.00
    BAIL AMT: 000
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/22/2006             ARST AGENCY: LCSO
 ARST OFFICR: FERRELL                    COUNTY: LEE
       COURT: CIRCUIT                      JUDGE: HARPER
 DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                         LEE COUNTY SHERIFF'S OFFICE
05/22/2006    16:29:00      INMATE CHARGE SHEET                    PAGE    4
================================================================================
BOOKING NO: 060002501      INMATE NAME: SMITH DAVID LEE
================================================================================
   CHARGE NO:   4  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC93-219                    # OF COUNTS:   1
    OFFENSE: FTA(BURG III)                 WARRANT #:
      CASE #: CC93-219
    BOND AMT: 000                              FINE:       $0.00
    BAIL AMT: 000
 INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006                  ARST AGENCY: LCSO
ARST OFFICR: FERRELL                         COUNTY: LEE
       COURT: CIRCUIT                          JUDGE: HARPER
 DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
   CHARGE NO:   5  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC95-097923                 # OF COUNTS:   1
    OFFENSE: PROBATION VIOL(FORG II)       WARRANT #:
      CASE #: CC95-097923
    BOND AMT: 000                              FINE:       $0.00
    BAIL AMT: 000
 INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
ARREST DATE: 05/22/2006                  ARST AGENCY: LCSO
ARST OFFICR: FERRELL                         COUNTY: LEE
       COURT: CIRCUIT                          JUDGE: HARPER
 DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM                                      PAGE 1

05/22/2006      16:29:00
==================================================================
Booking No: 060002501  Date: 05/22/2006  Time: 15:39  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                   Race: B      Sex: M
      DOB: 0█/██/1968 Age:  38   SSN: ███████424  Height: 5'08"  Weight: 170
------------------------------------------------------------------

_____   1.  Is inmate unconscious?

_____   2.  Does inmate have any visible signs of trauma, illness, obvious pain
            and bleeding, requiring immediate emergency or doctor's care?

_____   3.  Is there obvious fever, swollen lymph nodes, jaundice or other
            evidence of infection that might spread through the facility?

_____   4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____   5.  Does inmate appear to be under the influence of drugs or alcohol?

_____   6.  Any visible signs of alcohol or drug withdrawal?

_____   7.  Does inmate's behavior suggest the risk of suicide or assault?

_____   8.  Is inmate carrying any medication?

_____   9.  Does the inmate have any physical deformities?

_____  10.  Does inmate appear to have psychiatric problems?

       11.  Do you have or have you ever had or has anyone in your family
            ever had any of the following?

   NO  a. Allergies        NO  f. Fainting Spells    NO  k. Seizures

   NO  b. Arthritis        NO  g. Hearing Condition  NO  l. Tuberculosis

   NO  c. Asthma           NO  h. Hepatitis          NO  m. Ulcers

   NO  d. Diabetes         NO  i. High Blood Pressure NO n. Venereal Disease

   NO  e. Epilepsy        Yes  j. Psychiatric Disorder NO o. Other (Specify)


   Other:  _____

           _____

           _____


       12.  For females only:

            a. Are you pregnant?

            b. Do you take birth control pills?

            c. Have you recently delivered?

```
                          LEE COUNTY SHERIFF'S OFFICE                    PAGE 2
05/22/2006      16:29:00   MEDICAL SCREENING FORM
=================================================================
Booking No: 060002501  Date: 05/22/2006  Time: 15:39  Type: NORMAL
Agency to Bill: LEE COUNTY                     Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                    Race: B        Sex: M
     DOB: ████████ Age: 38  SSN: ████████████  Height: 5'08"  Weight: 170
-----------------------------------------------------------------
```

yes  13.  Have you recently been hospitalized or treated by a doctor? *Wed - 17,19 2006 - Dr.*

yes  14.  Do you currently take any non-prescription medication or medication prescribed by a doctor?

yes  15.  Are you allergic to any medication? *sinus*

no   16.  Do you have any handicaps or conditions that limit activity?

yes  17.  Have you ever attempted suicide or are you thinking about it now? *98*

no   18.  Do you regularly use alcohol or street drugs?

no   19.  Do you have any problems when you stop drinking or using drugs?

no   20.  Do you have a special diet prescribed by a physician?

no   21.  Do you have any problems or pain with your teeth?

yes  22.  Do you have any other medical problems we should know about?

*aids*

*taken Meds*

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: *David Lee Smith*        DATE: 5-22-06   TIME: 4 45

BOOK OFFICER: *Ausby*            DATE: 5-22-06   TIME: 4 45

```
                                LEE COUNTY SHERIFF'S OFFICE
09/12/2005     15:57:07           INMATE RELEASE SHEET                    PAGE     1
=====================================================================================
BOOKING NO: 050004190

INMATE NAME: SMITH DAVID LEE
       ALIAS:                                    RACE: B       SEX: M
       ALIAS:                                      HT: 5'08"  HAIR: BLK
     ADDRESS: █                                     WT: 170   EYES: BRO
CITY/ST/ZIP: █                              COMPLEX:
  HOME PHONE: ███-███-████                       SSN: █
         DOB: ██/██/████   AGE:  37           DL ST:          DLN:
  PLCE BIRTH: OPELIKA                            SID:
       STATE: AL                               LOCID: 3659
   M. STATUS:
    RELIGION:
  GANG ASSOC: N
SCARS/TATTOOS: SCAR ON RIGHT ELBOW
KNOWN ENEMIES: N
     REMARKS:
------------------------------- NEXT OF KIN ---------------------------------
  NEXT OF KIN: BESSIE HOUSE              RELATIONSHIP: SISTER
      ADDRESS:                                  PHONE: █
  CITY/ST/ZIP: █
      REMARKS:
------------------------------- EMPLOYER INFO -------------------------------
     EMPLOYED: Y
EMPLOYER NAME: SELF EMPLOYED
      ADDRESS:
  CITY/ST/ZIP: AUBURN, AL 36830
        PHONE: 000-000-0000
---------------------------------- MEDICAL ---------------------------------
  HANDICAPPED: N   NEEDS:
      GLASSES: Y  SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
    PHYSICIAN:                     PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
--------------------------------- PROPERTY ---------------------------------
         CASH:        $03.00
  DESCRIPTION:
ADD. PROPERTY: 1 CAP 1 LIGHTER 1 CAP
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 160
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
=====================================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____   DATE: 9/12/05   TIME: 15:57

BOOK OFFICER: _____   DATE: _____   TIME: _____

```
                          LEE COUNTY SHERIFF'S OFFICE                  PAGE    2
09/12/2005    15:57:07        INMATE RELEASE SHEET
=====================================================================================
BOOKING NO: 050004190      INMATE NAME: SMITH DAVID LEE
=====================================================================================
                                    ATTORNEY ON REC:
         COURT:                          PHONE: 000-000-0000
         JUDGE:
       REMARKS:
       REMARKS:
-------------------------------------------------------------------------------------
   BOOK DATE: 09/09/2005   BOOK TIME: 16:35   BOOK TYPE: NORMAL

   ARREST DATE: 09/09/2005           BOOKING OFFICER: COOPER
   ARREST DEPT: LCSO                 CELL ASSIGNMENT:
 ARRST OFFICER: CPL MARTINEZ             MEAL CODE: 01   LEE COUNTY
  PROJ. RLSDATE: 00/00/0000              FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: CPL HILL            CLASSIFICATION:
   TYPE SEARCH: PAT                  WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N                  REASON:
       AGENCY:                    REASON:
       AGENCY:                    REASON:
       AGENCY:                    REASON:
       AGENCY:

        NOTES:
        NOTES:
        NOTES:
=====================================================================================
  RELEASE DATE: 09/12/2005   RELEASE TIME: 15:56   # DAYS SERVED:     4

RELEASE OFFICER: DOWDELL
   RELEASE TYPE: ORDER OF RELEAS
       REMARKS: NCIC CLEAR SHERIKA
       REMARKS:
       REMARKS:
=====================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                        DATE:            TIME:

BOOK OFFICER:                  DATE:            TIME:
```

```
                            LEE COUNTY SHERIFF'S OFFICE
09/12/2005    15:57:07         INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 050004190      INMATE NAME: SMITH DAVID LEE
===============================================================================
   CHARGE NO:  1  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC 1998 001071.00        # OF COUNTS:   1
    OFFENSE: FTP/THEFT OF PROPERTY 1ST   WARRANT #:
     CASE #: CC 1998 001071.00
   BOND AMT: NO BOND                        FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 09/09/2005              ARST AGENCY: LCSO
ARST OFFICR: CPL MARTINEZ                COUNTY:
      COURT:                              JUDGE: ROBERT M. HARPER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS: PURGE OF 100 IS PAID WITH 4 DAYS JAIL CREDIT AT $25/DAY TOPA
   COMMENTS: Y #$60/MONTH TO BE DIVIDED AMONG 4 CASES REVIEW AT 2/2/06 @
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  2  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC 1991 000736.00        # OF COUNTS:   1
    OFFENSE: FTA/FTP/BURGLARY 2ND DEGREE  WARRANT #:
     CASE #: CC 1991 000736.00
   BOND AMT: NO BOND                        FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 09/09/2005              ARST AGENCY: LCSO
ARST OFFICR: CPL MARTINEZ                COUNTY: LEE
      COURT:                              JUDGE: ROBERT M. HARPER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS: SEE 1ST COMMENT
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:  3  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: CC 1993 000219.00        # OF COUNTS:   1
    OFFENSE: FTA/FTP/BURGLARY 3RD DEGREE  WARRANT #:
     CASE #: CC 1993 000219.00
   BOND AMT: NO BOND                        FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 09/09/2005              ARST AGENCY: LCSO
ARST OFFICR: CPL MARTINEZ                COUNTY: LEE
      COURT:                              JUDGE: ROBERT M. HARPER
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS: SEE FIRST COMMENT
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                          ⌐LE COUNTY SHERIFF'S OFFICE
09/09/2005     16:57:43      INMATE BOOKING SHEET                    PAGE    1
==================================================================================

BOOKING NO: 050004190

INMATE NAME: SMITH DAVID LEE                     RACE: B      SEX: M
      ALIAS:                                       HT: 5'08"  HAIR: BLK
      ALIAS:                                       WT: 170    EYES: BRO
    ADDRESS: ████████████               COMPLEX:
CITY/ST/ZIP: █████████████                  SSN: ████████████
 HOME PHONE: 000-000-0000                   DL ST:           DLN:
        DOB: 0██████████  AGE:  37          SID:
 PLCE BIRTH: OPELIKA                       LOCID: 3659
      STATE: AL
 M. STATUS:
   RELIGION:
 GANG ASSOC: N
SCARS/TATTOOS: SCAR ON RIGHT ELBOW
KNOWN ENEMIES: N
    REMARKS:
-------------------------------- NEXT OF KIN --------------------------------
 NEXT OF KIN: ████████████          RELATIONSHIP: SISTER
    ADDRESS:                                PHONE: ████████████
CITY/ST/ZIP: ████████████
    REMARKS:
```

State of Alabama
Unified Judicial System

Form C-42    Rev 6/88

## ORDER OF RELEASE FROM JAIL

Case Number
CC-98-1071
CC-91-736
CC-92-728
CC-93-219

IN THE ___Circuit___ COURT OF ___Lee___ COUNTY

STATE OF ALABAMA    v. __Smith, David Lee__

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

_FTP_

Reason for Release _Purge of $100 is paid with 4 days jail credit at_
_$25/day, To pay $10/month to be divided among 4 cases. Review_
_2/2/06 at 9:00. Sept 12, 2005_

Date _____    By: _____
                        Judge/Clerk

COURT RECORD  (Original)    JAILER  (Copy)

```
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
==================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE: _____    TIME: _____

BOOK OFFICER: _____    DATE: _____    TIME: _____
```

```
                              LEE COUNTY SHERIFF'S OFFICE
09/09/2005    16:57:43        INMATE BOOKING SHEET                    PAGE    2
==================================================================================
BOOKING NO: 050004190        INMATE NAME: SMITH DAVID LEE
==================================================================================
          COURT:                       ATTORNEY ON REC:
          JUDGE:                           PHONE: 000-000-0000
        REMARKS:
        REMARKS:
----------------------------------------------------------------------------------
    BOOK DATE: 09/09/2005  BOOK TIME: 16:35  BOOK TYPE: NORMAL

   ARREST DATE: 09/09/2005             BOOKING OFFICER: COOPER
   ARREST DEPT: LCSO                   CELL ASSIGNMENT: E1
 ARRST OFFICER: CPL MARTINEZ                 MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                    FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: CPL HILL              CLASSIFICATION:
   TYPE SEARCH: PAT                    WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: N
         AGENCY:                  REASON:
         AGENCY:                  REASON:
         AGENCY:                  REASON:
         AGENCY:                  REASON:

          NOTES:
          NOTES:
          NOTES:
```

```
                          LEE COUNTY SHERIFF'S OFFICE
09/09/2005    16:57:43        INMATE CHARGE SHEET                    PAGE    3
==============================================================================
BOOKING NO: 050004190      INMATE NAME: SMITH DAVID LEE
==============================================================================
  CHARGE NO:  1 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC 1998 001071.00        # OF COUNTS:   1
    OFFENSE: FTP/THEFT OF PROPERTY 1ST    WARRANT #:
     CASE #: CC 1998 001071.00
   BOND AMT: NO BOND                     FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 09/09/2005            ARST AGENCY: LCSO
ARST OFFICR: CPL MARTINEZ             COUNTY:
      COURT:                           JUDGE: ROBERT M. HARPER
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
  CHARGE NO:  2 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC 1991 000736.00        # OF COUNTS:   1
    OFFENSE: FTA/FTP/BURGLARY 2ND DEGREE  WARRANT #:
     CASE #: CC 1991 000736.00
   BOND AMT: NO BOND                     FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 09/09/2005            ARST AGENCY: LCSO
ARST OFFICR: CPL MARTINEZ             COUNTY: LEE
      COURT:                           JUDGE: ROBERT M. HARPER
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
  CHARGE NO:  3 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: CC 1993 000219.00        # OF COUNTS:   1
    OFFENSE: FTA/FTP/BURGLARY 3RD DEGREE  WARRANT #:
     CASE #: CC 1993 000219.00
   BOND AMT: NO BOND                     FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 09/09/2005            ARST AGENCY: LCSO
ARST OFFICR: CPL MARTINEZ             COUNTY: LEE
      COURT:                           JUDGE: ROBERT M. HARPER
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
                                                                      --------
------------------------------------------------------------------------------
```

```
                        LEE COUNTY SHERIFF'S OFFICE
09/09/2005    16:57:44  MEDICAL SCREENING FORM                    PAGE 1
==============================================================================
Booking No: 050004190  Date: 09/09/2005  Time: 16:35  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                    Race: B        Sex: M
       DOB: ████████   Age: 37  SSN: ████████  Height: 5'08"  Weight: 170
------------------------------------------------------------------------------
```

1.  Is inmate unconscious?

2.  Does inmate have any visible signs of trauma, illness, obvious pain
    and bleeding, requiring immediate emergency or doctor's care?

3.  Is there obvious fever, swollen lymph nodes, jaundice or other
    evidence of infection that might spread through the facility?

4.  Any signs of poor skin condition, vermin, rashes or needle marks?

5.  Does inmate appear to be under the influence of drugs or alcohol?

6.  Any visible signs of alcohol or drug withdrawal?

7.  Does inmate's behavior suggest the risk of suicide or assault?

8.  Is inmate carrying any medication?

9.  Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

    a. Allergies          f. Fainting Spells       k. Seizures

    b. Arthritis          g. Hearing Condition     l. Tuberculosis

    c. Asthma             h. Hepatitis             m. Ulcers

    d. Diabetes           i. High Blood Pressure   n. Venereal Disease

    e. Epilepsy           j. Psychiatric Disorder  o. Other (Specify)


Other:  _HIV_____

        _____

        _____


12. For females only:

        _____ a. Are you pregnant?

        _____ b. Do you take birth control pills?

        _____ c. Have you recently delivered?

```
                            LEE COUNTY SHERIFF'S OFFICE
09/09/2005    16:57:44    MEDICAL SCREENING FORM                    PAGE 2
================================================================================
Booking No: 050004190  Date: 09/09/2005  Time: 16:35  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: SMITH DAVID LEE                    Race: B        Sex: M
     DOB: ███████8 Age:  37  SSN: ████████24  Height: 5'08"  Weight: 170
--------------------------------------------------------------------------------
```

___  13.  Have you recently been hospitalized or treated by a doctor?

___  14.  Do you currently take any non-prescription medication or medication
          prescribed by a doctor?

___  15.  Are you allergic to any medication?

___  16.  Do you have any handicaps or conditions that limit activity?

___  17.  Have you ever attempted suicide or are you thinking about it now?

___  18.  Do you regularly use alcohol or street drugs?

___  19.  Do you have any problems when you stop drinking or using drugs?

___  20.  Do you have a special diet prescribed by a physician?

___  21.  Do you have any problems or pain with your teeth?

_YES_  22.  Do you have any other medical problems we should know about?

       _HIV_____

       _____

       _____

       _____

       _____

       _____

       _____


HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _David Smith_____  DATE: _____  TIME: _____

COOK OFFICER: _____  DATE: _____  TIME: _____

# PROPERTY ENVELOPE

**INMATE'S NAME** _Smith_

**ICN NO.** _____

**CC NO.** _____

**DATE** _____

**CORRECTION OFFICER** _____

**SHIELD NO.** _____

| FOR CASHIER USE ONLY | |
|---|---|
| INSTITUTION | DATE REC. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Money $ _____  Food Stamps $ _____

| Quantity | Property | Quantity | Property | Quantity | Property |
|---|---|---|---|---|---|
| _____ | Wallet | ___\|___ | Watch | _____ | Comb |
| _____ | Purse | _____ | Rings | _____ | Personal Papers |
| _____ | Lighter | _____ | Pr.Earrings | _____ | Eyeglasses |
| _____ | Keys | _____ | Bracelet/Wrist Chain | _____ | Belt |
| _____ | Pr.Shoelaces | _____ | Necklace/Neck Chain | | |

Other _____

I ACKNOWLEDGE THE SURRENDER OF THE PROPERTY LISTED.

X _David Lee Smith_   _5-25-06_

SIGNATURE OF INMATE          DATE

PROPERTY RECEIVED FROM INMATE BY:

NAME OF EMPLOYEE AND ID# _____

(PRINT)          (ID #)

SIGNATURE OF EMPLOYEE _____

DATE

_____ ACKNOWLEDGE THE RETURN OF MY PROPERTY

SIGNATURE OF INMATE/ DESIGNEE

ON _7-19-06_

```
                         A    AMA DEPARTMENT OF CORREC    S         INST:   241
CBR716-3                      MATE SUMMARY AS OF 06/21/200          CODE: CIADM
```

*****************************************************************************

AIS: 00164818C    INMATE: SMITH, DAVID LEE               RACE: B   SEX: M

INST: 241 - LEE                        DORM:   00   JAIL CR: 000Y 02M 29D

DOB: ~~XXXXX~~  SSN: ~~XXXXX~~

ALIAS: "PEE WEE",                  ALIAS: PATRICK, DAVID LEE

ALIAS: SMITH, DAVE

ADM DT: 06/01/2004 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: OTW-5   CURRENT CUST DT: 06/01/2004  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:    06/01/2004
INMATE IS EARNING : STRAIGHT TIME

```
COUNTY       SENT DT  CASE NO  CRIME                    JL-CR     TERM
LEE          06/01/04 ND4000479 FORGERY II              0089D 001Y 06M 00D CS
                               4YRS PROBATION
             COURT COSTS  : $0000290   FINES : $0000000   RESTITUTION : $0000050

 TOTAL TERM      MIN REL DT     GOOD TIME BAL    GOOD TIME REV    LONG DATE
001Y 06M 00D     09/01/2005     000Y 00M 00D     000Y 00M 00D    09/01/2005
```

INMATE LITERAL:
*****************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*****************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CONVICTED ON 06/20/1994 FOR ESCAPE II

>ESCAPED FROM 013 ON 01/03/1994  RECAPTURED: 01/04/1994  RETURNED DT: 01/04/1994

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS
*****************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                               LEE COUNTY
                          TRANSCRIPT OF RECORD
                          CONVICTION REPORT
                                          CC 2004 000479.00 01
                                          HON. JACOB A. WALKER III
------------------------------------------------------------------------
| CIRCUIT COURT OF LEE COUNTY              | COURT ORI: 043015 J        |
------------------------------------------------------------------------
| STATE OF ALABAMA        VS.              | DC NO: GJ 2004 000218.00   |
| SMITH DAVID LEE              ALIAS:      | G J:   64                  |
| A████████████████2          ALIAS:      |                            |
|                                          | SID:    001835003          |
|                                          | AIS:                       |
------------------------------------------------------------------------
| DOB: 00/00/0000   SEX: M   HT: 0 00   WT: 000   HAIR:        EYE:     |
| RACE: ( )W ( )B (X)O   COMPLEXION: _____  AGE: ____  FEATURES: ____ |
------------------------------------------------------------------------
| DATE OFFENSE: 00/00/0000   ARREST DATE: 03/04/2004   ARREST ORI: 0430100 |
------------------------------------------------------------------------
| CHARGES @ CONV    CITES        CT CL COURT ACTION        CA DATE      |
| FORGERY 2ND       13A-009-003  01 C  GUILTY PLEA         06/01/2004   |
|                                00                        00/00/0000   |
|                                00                        00/00/0000   |
------------------------------------------------------------------------
| JUDGE: HON. JACOB A. WALKER III    PROSECUTOR: ABBETT NICK            |
------------------------------------------------------------------------
| PROBATION APPLIED   GRANTED  DATE     REARRESTED DATE  REVOKED  DATE  |
| (X)Y( )N 06012004  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N ____  |
------------------------------------------------------------------------
| 15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT |
| (X)Y ( )N  CONFINEMENT:  00 18 000   13 06 000   13 24 000  00 00 089 |
|            PROBATION :   04 00 000               04 00 000            |
| DATE SENTENCED: 06/01/2004    SENTENCE BEGINS: 06/01/2004             |
------------------------------------------------------------------------
| PROVISIONS            COSTS/RESTITUTION            DUE       ORDERED   |
|                                                                       |
|   PENITENTIARY         RESTITUTION              $0.00        $0.00     |
|   SPLIT SENTENC        ATTORNEY FEE             $0.00        $0.00     |
|                        CRIME VICTIMS           $50.00       $50.00     |
|                        COST                   $290.00      $290.00     |
|                        FINE                     $0.00        $0.00     |
|                        MUNICIPAL FEES           $0.00        $0.00     |
|                        DRUG FEES                $0.00        $0.00     |
|                        ADDTL DEFENDANT          $0.00        $0.00     |
|                        DA FEES                  $0.00        $0.00     |
|                        COLLECTION ACCT          $0.00        $0.00     |
|                        JAIL FEES                $0.00        $0.00     |
|                                                                       |
|                        TOTAL                  $340.00      $340.00     |
------------------------------------------------------------------------
| APPEAL DATE        SUSPENDED        AFFIRMED          REARREST         |
| ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____   |
------------------------------------------------------------------------
| REMARKS:                     THIS IS TO CERTIFY THAT THE              |
|                              ABOVE INFORMATION WAS EXTRACTED          |
|                              FROM OFFICIAL COURT RECORDS              |
|                              AND IS TRUE AND CORRECT.                 |
|                                                                       |
|                                                                       |
|                              Corinne D. Hurst                         |
|                              CORINNE T. HURST                         |
|                                                                       |
|                              06/03/2004                               |
------------------------------------------------------------------------
OPERATOR: LEW
PREPARED: 06/03/2004
```

# LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
#### (Form #7)

Date: _22 may 06_            Time: _530_

     I, _Smith, David_ , have received copy

number _____ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read.  I understand that while in this institution I will abide

by these Rules and Regulations.

       I will return the copy of the Rules and Regulations upon my release from jail.  I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement.  I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.

Years of School _8th_           _Smith David_

                                   Inmate's Signature

_____

_____ has today received copy number _____ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

☐    Said inmate stated to me that he was able to read the Rules and Regulations.

☐    Said inmate stated that he was not able to read the Rules and Regulations and I explained
the orientation rules to him.

                               _____
                               Jailer's Signature
                               Date: _5/22/06_ Time: _5:30_

| State of Alabama<br>Unified Judicial System<br><br>Form C-7 Rev. 2/79 | **CASE ACTION SUMMARY**<br>**CONTINUATION** | Case Number<br>CC  04  479<br>ID   YR   Number |
|---|---|---|
| | | |

**Style: State v.**   David Smith

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 5/26/06 | A probation revocation hearing is set for 6/8/06 9:00 Am. |
| | |
| | CC: Nick Abbett |
| | Rebecca Peek |
| | Michael Short |
| | David Smith- LC Jail |
| | FILED IN OFFICE  MAY 30 2006 |
| | |
| | |
| | |
| | |
| | |
| | |

FILL TO HERE

# PROPERTY ENVELOPE

INMATE'S NAME _Smith,_

_David_

ICN NO. _____

CC NO. _____

DATE _5-22-06_

CORRECTION OFFICER _Ausby_

SHIELD NO. _43D081_

| FOR CASHIER USE ONLY | |
|---|---|
| INSTITUTION | DATE REC. |
| | |
| | |
| | |
| | |
| | |
| | |

Money $ _0_    Food Stamps $ _____

| Quantity | Property | Quantity | Property | Quantity | Property |
|---|---|---|---|---|---|
| _✓_ | Wallet | _✓_ | Watch | | Comb |
| | Purse | | Rings | | Personal Papers |
| _✓_ | Lighter | | Pr.Earrings | | Eyeglasses |
| | Keys | | Bracelet/Wrist Chain | _✓_ | Belt |
| | Pr.Shoelaces | | Necklace/Neck Chain | | |

Other _Pen_ _____

I ACKNOWLEDGE THE SURRENDER OF THE PROPERTY LISTED.

_David Smith_ _____ _5-22-06_
SIGNATURE OF INMATE              DATE

PROPERTY RECEIVED FROM INMATE BY:

NAME OF EMPLOYEE AND ID# _Ausby_ (PRINT)      (ID #)

SIGNATURE OF EMPLOYEE _43D08_ _5-22-06_   DATE

I, X _David Smith_ ACKNOWLEDGE THE RETURN OF MY PROPERTY
SIGNATURE OF INMATE/ DESIGNEE

ON _____

PROPERTY RETURNED TO INMATE/DESIGNEE BY:

NAME OF EMPLOYEE AND ID# _____

365

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☑ Yes | ☑ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # 043.00.00 | 2 AGENCY NAME Lee County Sheriff's Office | 3 CASE # 060.5-2130 | 4 SFX |
|---|---|---|---|

| 5 LAST, FIRST, MIDDLE NAME Smith David Lee | 6 ALIAS AKA |
|---|---|

| 7 SEX ☑M ☐F | 8 RACE ☑W ☐B ☐3 A ☐4 I | 9 HGT 58 | 10 WGT 157 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN | 14 | ☐1 SCARS | ☐2 MARKS | ☐3 TATOOS | ☐4 AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE 38 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL | 22 DL # | 23 ST |
|---|---|---|---|

|  | HENRY CLASS | |
|---|---|---|
| 24 FBI # | NCIC CLASS | 25 IDENTIFICATION COMMENTS |

| 26 ☐1 RESIDENT ☑ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) At Mountainbrook P.D. Mountainbrook | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☑ YES ☐ NO ☐1 IN STATE ☐2 OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: ☐1 DRUNK ☐2 SOBER ☐3 DRINKING ☐4 DRUGS | 37 RESIST ARREST? ☐ YES ☑ NO | 38 INJURIES? ☐1 OFFICER ☐2 ARRESTEE ☐ NONE | 39 ARMED? ☐1 YES ☑ UNKNOWN | 40 DESCRIPTION OF WEAPON ☐1 HANDGUN ☐4 OTHER FIREARM ☐2 RIFLE ☐5 OTHER WEAPON ☐3 SHOTGUN |
|---|---|---|---|---|

| 41 DATE OF ARREST 01-05-2006 | 42 TIME OF ARREST 14:00 ☐1 AM ☑ MIL. ☐2 PM | 43 DAY OF ARREST S M T W T F S 1 2 3 4 5 6 7 | 44 TYPE ARREST ☑ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☑ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE-1 ☐1 FEL ☑ MISD Production Restriction | 47 UCR CODE | 48 CHARGE-2 ☐1 FEL ☑ MISD FTA/Burglary III | 49 UCR CODE |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED 12-11-2005 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED 030-2006 |

| 56 CHARGE-3 ☐1 FEL ☑ MISD FTA/Burglary II | 57 UCR CODE | 58 CHARGE-4 ☐1 FEL ☑ MISD FTA/DWO License | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED 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 | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED 030-306 |

| 66 ARREST DISPOSITION ☐1 HELD ☐4 TOT—LE ☐2 BAIL ☐5 OTHER ☐3 RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

*COP 1*

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**CASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐3 MIL. ☐2 PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS ...URIES AT TIME OF RELEASE) |
|---|

|  |  | LOCAL USE |
|---|---|---|
| ER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|
| 112 TL | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |

| State of Alabama Unified Judicial System | **PROBATION TOLLED—ARREST ORDERED** | **Case Number** CC 95 097923 ID   YR      NUMBER |
|---|---|---|

| **(A) PROBATION TOLLED—ARREST ORDERED** | **(B) WARRANT** | **(C) RETURN** |
|---|---|---|

CIRCUIT Court - Lee _____ County — Opelika _____ Alabama-County Seat.
(Circuit/District)

STATE OF ALABAMA vs. DAVID LEE SMITH

defendant - probationer

Info on Def't, according to Probation Officer: ~~_____~~
race B sex M age 37 d.o.b. ~~_____~~
convicted (orig. crime) Forgery 2nd
(home address): ~~_____~~
(add'l info): _____

Name of Probation Officer:
Rebecca Peek

---

**A** . . . . . . . . . . . . . . . **ORDER** . . . . . . . . . . . . . . . **A**

• It having been brought to the attention of the Court that the defendant is delinquent under certain condition(s) of the Order of Probation heretofore entered in this case [or, cases, if multiple]:

• IT IS THEREFORE ORDERED by the court that the defendant's PROBATION be and is hereby SUSPENDED (tolled) pending a Hearing and determination by the Court whether probation should be revoked.

• IT IS FURTHER ORDERED that the defendant be ARRESTED and confined in this County's JAIL without bond [—and—that the court be advised when defendant is in custody].

DATE  12-13-05  19 ___ /S/ _____ JUDGE

---

**B** . . . . . . . . . . . . . . . **WARRANT** . . . . . . . . . . . . . . . **B**

TO: ANY SHERIFF OR LAWFUL OFFICER OF THE STATE OF ALABAMA, GREETING: . . . . . . . . . . . .

• You are commanded by this Court to forthwith execute the above arrest order [& this Warrant] by ARRESTING the above named defendant-probationer for VIOLATION OF PROBATION (§15-22-54) and confining him (her) in the Lee _____ County Jail at Opelika _____ , Alabama.

• Make WRITTEN RETURN to this court how and when executed.

• OFFICE OF CLERK OF COURT . . . . . . . . . . . . DATE Dec 13 19 200_
                                                    /S/ _____
                                                    Clerk, District/Circuit Court

---

**C** . . . . . . . . . . . . . . . **OFFICER'S RETURN** . . . . . . . . . . . . . . . **C**

warrant rec'd in office (date) _____ 19 ___

1. Executed (date) 5-22 2006 by arresting defendant and placing him (her) in Lee _____ County Jail at Opelika _____ , Alabama.

2. WARRANT "RECALLED"     ☐ ___ by Clerk ( _____ ).     ☐ ___ by P.O. ( _____ ).
   (date _____ 19 ___     ☐ ___ by Judge ( _____ ).     ☐ ___ by ( _____ ).

3. (date) _____ 19 ___ :

• LAWFUL OFFICER OF THE STATE OF ALABAMA    • SHERIFF OF _____ COUNTY

BY /S/ _____    By /S/ _____

For execution in a county other than that of issue: THIS WARRANT MAY BE EXECUTED IN _____ COUNTY.

_____
Judge/Magistrate

ORIGINAL: SHERIFF'S OFFICE     CANARY: PROBATION OFFICE     PINK: COURT FILE

.CR350

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF          LEE COUNTY

ALIAS WARRANT                              CC 1993 000219.00
JID: ROBERT M. HARPER

THE STATE OF ALABAMA          VS SMITH DAVID LEE

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: SMITH DAVID LEE
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: BURGLARY 3RD DEGREE          - FELONY

WITNESS MY HAND THIS          MARCH 2, 2006.

BOND SET AT: NO BOND          -

JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:                    DEFENDANT'S DESCRIPTION:

                                        HT: 508    WT: 157
                                        HAIR: BLK    EYE:
          , AL 00000 0000               BIRTH DATE: ██████ 8
                                        RACE: B      SEX: M
                                        SID#: 001004057
                                        SSN#: ████████4

ALIAS:  DAVE SMITH

EMPLOYER: _____          PHONE NO: _____

TICKET NUMBER:                    AGENCY/OFFICER: MAPD    /

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

---

OFFICERS RETURN:
RECEIVED ON _____          COPY

EXECUTED ON _____ 5/22/06 _____          BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF                              OFFICER

UCR 5015
Tellnwide

OPERATOR:KAH
PREPARED:03/02/2006

ACR350

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF        LEE COUNTY

ALIAS WARRANT                          CC 1992 000728.00
JID: ROBERT M. HARPER

THE  STATE OF ALABAMA        VS SMITH DAVID LEE

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: SMITH DAVID LEE
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: DRIVING W/O LICENSE        - MISDEMEANOR
                                                               -
                                                               -
WITNESS MY HAND THIS      MARCH  2, 2006.

BOND SET AT: NO BOND        —
                                        JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:                 DEFENDANT'S DESCRIPTION:

                                     HT: 000    WT: 000
                                     HAIR:       EYE:
            , AL 36867 0000          BIRTH DATE:
                                     RACE: W    SEX: M
                                     SID#: 001231437
                                     SSN#:

   ALIAS:

   EMPLOYER: _____        PHONE NO: _____

   TICKET NUMBER:                    AGENCY/OFFICER: _____    /

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

---

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON ___5/22/06_____    BY: _____
( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

COPY

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF                        OFFICER

OPERATOR:KAH
PREPARED:03/02/2006

.CR350

ALA( A JUDICIAL DATA CENTER
CIRCUIT COURT OF          LEE COUN(.

CC 1991 000736.00

ALIAS WARRANT
JID: ROBERT M. HARPER

THE  STATE OF ALABAMA          VS SMITH DAVID LEE

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: SMITH DAVID LEE
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: BURGLARY 2ND DEGREE          - FELONY
                                                                -

WITNESS MY HAND THIS      MARCH  2, 2006.

BOND SET AT: NO BOND          -

JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:          DEFENDANT'S DESCRIPTION:

                              HT: 508   WT: 160
                              HAIR: BLK   EYE:
          , AL 00000 0000     BIRTH DATE: 0
                              RACE: B     SEX: M
                              SID#: 010040570
                              SSN#:

ALIAS:

EMPLOYER: _____    PHONE NO: _____

TICKET NUMBER: _____    AGENCY/OFFICER: MAPD    /

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON  5/22/06 _____    BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

Copy

( ) DEFENDANT ARRESTED BY SURETY
SHERIFF                    OFFICER

OPERATOR:KAH
PREPARED:03/02/2006

ACR350

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF LEE COUNTY

CC 1998 001071.00

ALIAS WARRANT
JID: JOHN V. DENSON II

THE STATE OF ALABAMA          VS SMITH DAVID LEE

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: SMITH DAVID LEE
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: THEFT OF PROP 1ST          - FELONY

WITNESS MY HAND THIS          MARCH 2, 2006.

BOND SET AT: NO BOND          —          _____
                                         JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:                    DEFENDANT'S DESCRIPTION:

                                        HT: 000    WT: 000
                                        HAIR:      EYE:
          , AL 00000 0000               BIRTH DATE: _____
                                        RACE: B    SEX: M
                                        SID#: 000000000
                                        SSN#: _____

  ALIAS: PEE WEE
                                        PHONE NO: _____
  EMPLOYER: _____
                                        AGENCY/OFFICER: MAPD    /PUGH
  TICKET NUMBER:

NOTE:

THIS APPEARS TO BE A VALID ADDRESS

  OFFICERS RETURN:
  RECEIVED ON _____
  EXECUTED ON ____3/22/06_____     BY: _____

  ( ) DEFENDANT ARRESTED, RELEASED ON BOND
  ( ) DEFENDANT ARRESTED BY LAW ENFORCEMENT, IN JAIL
  ( ) DEFENDANT ARRESTED, NOT BOOKED
  ( ) NOT FOUND
  ( ) OTHER _____

  ( ) DEFENDANT ARRESTED BY SURETY    OFFICER
  SHERIFF

OPERATOR:KAH
PREPARED:03/02/2006

Lee County Sheriff's Office    Monday, May 22, 2006    Page 1 of 1



SMITH, DAVID LEE.

# PROPERTY ENVELOPE

| | FOR CASHIER USE ONLY | |
|---|---|---|
| | **INSTITUTION** | **DATE REC.** |
| INMATE'S NAME _Johnson, Robert_ | LCSO | 9/11 |
| ICN NO. | | |
| CC NO. | | |
| DATE | | |
| CORRECTION OFFICER | | |
| SHIELD NO. | | |

Money $ ___Ø___  Food Stamps $ ___Ø___

| Quantity | Property | Quantity | Property | Quantity | Property |
|---|---|---|---|---|---|
| | Wallet | 1 | Watch | | Comb |
| | Purse | 4 | Rings | | Personal Papers |
| 1 | Lighter | | Pr.Earrings | | Eyeglasses |
| | Keys | | Bracelet/Wrist Chain | | Belt |
| | Pr.Shoelaces | 1 | Necklace/Neck Chain | | |

Other ___1-40 + Cell Phone Case___

**I ACKNOWLEDGE THE SURRENDER OF THE PROPERTY LISTED.**

_B Robert Johnson_     9/11/05
SIGNATURE OF INMATE          DATE

PROPERTY RECEIVED FROM INMATE BY:
NAME OF EMPLOYEE AND ID# ___Cp/ Hill___   ___4300___
(PRINT)                        (ID #)

SIGNATURE OF EMPLOYEE _____   9/11/05
DATE

_____ ACKNOWLEDGE THE RETURN OF MY PROPERTY
SIGNATURE OF INMATE/DESIGNEE

ON _19Sept05_

PROPERTY RETURNED TO INMATE/DESIGNEE BY:
NAME OF EMPLOYEE AND ID# ___Dowdell___   ___43011___
(PRINT)                        (ID #)

# INDIVIDUAL'S PERSONAL EFFECTS

### In Possession Of

## SHERIFF'S OFFICE, LEE COUNTY

NAME _David Lee Smith_

SEARCHED BY

TIME _____ DATE _3/4/04_

MONEY $

ARTICLES BY NAME _Blk wallet, envelope_
_purse papers, Pen, watch, Cap, lighter_
_belt_

**The above listing is all my personal effects turned in to Sheriff's Office at the time of booking.**

Signature _X_

Please Call

---

## PROPERTY RECEIPT

I hereby acknowledge receipt of the articles named above.

On this date _____

Signature _____

Form: LCS-ENV-03 (4/95) DARCO

Lee County Detention Cente

# INMATE REQUEST SLIP

*E-1*

**LOCATION**

Name *David Lee Smith*                Date *6-17-04*

☐ Telephone Call        ☐ Doctor        ☐ Dentist        ☑ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

Briefly Outline Your Request.  Give To Jailer

*Please send a copy of my Time Sheet so I will Now what is my minium release Date.*

*Thank you so very much.*

Do Not Write Below This Line - For Reply Only

*WHen D.O.C. sends us your Time Sheet we will give you a copy*

*Jail 4305*
*6-21-04*

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

SGT. or Lt.                                    E-1
                                         LOCATION

Name David Lee Smith        Date 7-3-04

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I am requesting
to know why are all these some
Silk people are in my cell. I
Have H.I.V. and was put in here
because, the Doctor say this is
were I am to be, why are they
tell they are not sick and Don't need
to be in here raising hell.

<u>Do Not Write Below This Line</u> - For Reply Only

FOR CLASSIFICATION PURPOSES, YOU ARE
HOUSED IN THE CORRECT CELL.

Jail 4305
7/8/04

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

## ...ee County Detention Center
# INMATE REQUEST SLIP

*Sgt. Tabb* ←     E-6

__LOCATION__

Name _David Lee Smith_   Date _6-20-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. __Give To Jailer__

Requesting a store Care package. Because I do Not receive any money at all. Thank you very much David Lee Smith

__Do Not Write Below This Line__ - For Reply Only

GAVE WMITE TWO STAMPED ENVELOPES

Jail 4305
7-2-06

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Cente
# INMATE REQUEST SLIP

Name David Lee Smith

E-6-C-3
**LOCATION**

Date _____

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

Request to be put back in E-1
I have been in here 30 days
and I do not have a diseplinary.
I was only supost to be in here
for one day and then put
back in E-1    David Lee S.

<u>Do Not Write Below This Line</u> - For Reply Only

Denied at this time — No Room in E-1
E-6 is Not only for Disciplinary Reasons.

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number |
|---|---|---|

IN THE _____**DISTRICT**_____ COURT OF ____**LEE COUNTY**____, ALABAMA
*(Circuit, District or Municipal)*                    *(Name of County or Municipality)*

☐ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____**DAVID SMITH**_____
                                                                   **Defendant**

The above-named defendant, charged with the criminal offense(s) of __**POSS. FORGED INST. II**__,
was duly brought before the Court for initial appearance on ___**3-5-04**___, at __**11:00**__ o'clock _**a**_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☑ 1. Name and address of defendant.
_____ (a) Ascertained the true name and address of the defendant to be:
_____    Sister: _____
_____ (b) Amended the formal charges to reflect defendant's true name.    Bessie House
_____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☑ 5. Bail
_____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
__✓__ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), A.R.Cr.P., and subject to the following additional conditions:
_____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
__✓__ 2.) Execution of a secured appearance bond in the amount of $ __**3,000**__.
_____ 3.) Other conditions (specify) _____
_____
_____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, A.R.Cr.P., and of the procedure by which that right may be exercised.

☑ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____, _____, an _____ (date) at _____ o'clock ____.m.
_____ (a) Notified the District Court that such demand was made.
__✓__ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
_____

___**3-5-04**___                                    _____
Date                                             Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81        11/91 | **ADVICE OF RIGHTS ON INITIAL APPEARANCE**<br>**BEFORE JUDGE OR MAGISTRATE**<br>(Felony) | Case Number |
|---|---|---|

IN THE **DISTRICT** _____ COURT OF _____ **LEE COUNTY** _____, ALABAMA
(Circuit, District, or Municipal)           (Name of County or Municipality)

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. **DAVID SMITH** _____
                                                               Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _____
**POSS. FORGED INST. II** _____ in this court in violation of
_____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

    In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

    You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

    You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

    Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand with thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pretrial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

    If you are released from custody (whether personal recognizance or otherwise), you must:
    1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
    2) Refrain from committing any criminal offense.
    3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
    4) Promptly notify the court of any change of address or the phone number.
    5) Other conditions: _____
_____
_____

    The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

_3-5-04_____          _____
Date                                        Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

_3-5-04_____          _____
Date                                        Defendant

Lee County Sheriff's Office    Thursday, March 04, 2004    Page 1 of 2



SMITH, DAVID LEE.



SMITH, DAVID LEE.



SMITH, DAVID LEE.