**Exhibit M**
**Medical File**
**Notes dated July 10, 2004**

NOTES

SS# ▓▓▓▓▓▓▓▓▓▓▓▓▓

NAME _Smith, David_____  DOB ▓▓▓ AGE _35_ SEX _m_ RACE _B_

DRUB ALLERGIES _____NKDA_____  TETANUS _____

NATURE OF PROBLEM OR REQUEST _____ rIsen ont between cheeks of buttock

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____

SIGNATURE

**********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP_____ P_____ R_____ T_____

ASSESSMENT: edenous area close to rectal opening between
buttocks, ⊕ drainage noted, NABW



PLAN: motrin for pain, see mb next
visit

REFER TO: _X_ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _D. Burke_____  TITLE _Opn_ DATE _07/10/04_ TIME _____

# Exhibit N
# Medical File
# Medication Administration Record

# MEDICATION ADMINISTRATION RECORD

P&L FORMS #3004 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 200mg TT Bid x 5 days 07/10/04 | 0800 | | | | | | | | | | | DB | | | DB | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | DB DB | | | | | | | | | | | | | | | | | | | | |
| Septra DS #40 Tid 7/14/04 | 0800 | | | | | | | | | | | | | | DB DB DB DB | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | DB DB DB DB | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Medications** | **Hour** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

| Charting For | | Through | |
|---|---|---|---|
| Physician  protocol | | Telephone No. | Medical Record No. |
| Alt. Phys. | | Alt. Telephone | |
| Aller-gies | | Rehabilitative Potential | |
| Diag-nosis | | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked: | |

By: D. Burke     Title: LPN     Date 7/10/04

# Exhibit O
# Medical File
# Notes dated May 31, 2006

NOTES

NAME: Smith, David                          SS# ██████████████████

DOB: ████████████    AGE: 36    SEX: M    RACE: B

DRUG ALLERGIES: none                              TETNUS: _____

NATURE OF PROBLEM OR REQUEST: Called Jimmy Hill mission
in B'ham - to mail his meds. p.c. from
same Wes Parkhurst (director?) states will NOT
be mailing meds. List below:

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

HEALTH CARE DOCUMENTATION

SUBJECTIVE:        * phone call *

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT: per phone by Wes Parkhurst
meds: ① sulfamethoxazole /TMDDS #30
② Sastefa 600mg #30            ⑬ Prozac 20mg #60
③ Albuterol Inhaler 90mcg     ⑭ Trihexythenidyl 2mg
④ Zithromax 250mg #10                              #150
⑤ Metoclopramide 10mg #60
⑥ Tromethazine 25mg #20       ⑮ Risperdal 3mg #30
⑦ Acyclovir 200mg #50         ⑯ Sample box of Risperdal 3mg
⑧ Truvada #30
⑨ Triroxicam 20mg #30
⑩ Fluconazole 100mg #15       from Curtland Clinic Pharm
⑪ Fluoxetine 40mg #30         East AL mental Health
⑫ Trazedore 100mg #30         University Medical center
                                          Pharmacy

REFER TO: _____ RN/PHYSICIAN _____   MENTAL HEALTH_____   DENTAL_____

SIGNATURE _____   TITLE LPN   DATE 5/31/06   TIME 3⁰⁰pm