# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

**DAVID LEE SMITH,**                  )
                                       )
    **Plaintiff,**              )
                                       )
**v.**                                 )    **Civil Action No.  3:06-cv-00592-WKW-CSC**
                                       )
**JOHN MCFARLAND, et al.,**            )
                                       )
    **Defendants.**             )

## DEFENDANTS' ANSWER

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr.[1], Lt. Corey Welch, Lt. Ray Roberson[2], Dr. John McFarland, and Nurse Linda Stewart, Defendants in the above-styled cause, in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

Defendants deny each and every allegation made by the Plaintiff, David Lee Smith, and demand strict proof thereof.  Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1.    The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.    The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3.    The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4.    Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

---

[1] Incorrectly designated in the Plaintiff's Complaint as Major "Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as Lt. "Robinson."

5.     The Plaintiff's claims are barred by the Prison Litigation Reform Act because he has failed to exhaust available administrative remedies and because he has not suffered an injury that is greater than de minimus.

6.     Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7.     Defendants are not liable based upon *respondeat superior* theories of liability.

8.     The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9.     Defendants were not deliberately indifferent in any respect.

10.     Portions of the Plaintiff's claims are barred by the statute of limitations.

11.     The Plaintiff's claims for injunctive relief are moot, and the Plaintiff lacks standing to claims for injunctive relief.

12.     Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

Respectfully submitted this 27th day of September, 2006.

**s/Amanda Kay Morgan**
AMANDA KAY MORGAN Bar No.  ALL079
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of September, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> David Lee Smith
> AIS 164818
> Limestone Correctional Facility
> 28779 Nick Davis Road
> Harvest, AL 35742

> **s/Amanda Kay Morgan**
> OF COUNSEL

3