IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 OCT 12 A 9: 25

DAVID LEE SMITH,
PLAINTIFF,

~~DEBRA~~ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

VS.                                              CIVIL ACTION NO. 3:06-cv-00592-WKW-

DR. JOHN MCFARLAND, et al.,

### ENLARGEMENT OF TIME

Come now the plaintiff in the above style cause and respectfully ask the court to grant plaintiff (21) days in order to file a response to the written report filed by the defendants, and will show cause in the following to wit.

1. Plaintiff, is indigent and incarcerated and have no way of paying for this proceeding.

2. Plaintiff, is a laymen to the law, and have to depend on prison Law Clerks to help the plaintiff in said cause.

Plaintiff, respectfully ask the court to grant to plaintiff (21) days in order to file plaintiff response.

Respectfully Submitted,

David Lee Smith

David Lee Smith #164818
-Plaintiff- (Pro se)

## CERTIFICATE OF SERVICE

I hereby certify that on this the ----/-0-------- day of October, 2006, I hereby served a copy of the foregoing proceeding on defendants counsel below.

Respectfully Submitted,

*David Lee Smith*
David Lee Smith #164818
-Plaintiff- (Pro se)

ATTORNEY FOR DEFENDANTS

Amanda Kay Morgan
7475 Halcyon Pointe Dr.
P.O. Box 240909
Montgomery, Alabama 36124