## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

**DAVID LEE SMITH,**

    **Plaintiff,**

**v.**                                **Civil Action No. 3:06-cv-00592-WKW-CSC**

**JOHN MCFARLAND,  et al.,**

    **Defendants.**

### AFFIDAVIT OF BRYANT L. SPARKS

STATE OF ALABAMA      §
COUNTY OF LIMESTONE    §

Before the undersigned authority, a NOTARY PUBLIC, in and for said County and State, personally appears Bryant L. Sparks, who after first being duly sworn, deposes and says as follows:

I. Bryant L. Sparks, am over the age of 21 years and competent to make this affidavit, and I swear that this affidavit is being made on personal knowledge.

I Bryant L. Sparks, filled out an inmate request for David L. Smith, stating his problems and mistreatment of his inmates rights. David  L. Smith turned the request into Officer Pete who is an Officer on Sgt. Jones shift. A response was never gotten until Major Tobert received the law suit paper.

Bryant L. Sparks

*Bryant L Sparks*

**NOTARY PUBLIC**

**SWORN TO AND SUBSCRIBED**  before me on this the _____25_____ day of  October,

2006.

My Commission Expires: _23 April 2008_

_[signature]_

**Notary Public**