IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID L. SMITH,

    Plaintiff,

v.                                    Civil Action No: 3:06-cv-00592-WKW-CSC

JOHN MCFARLAND, et al.,

    Defendants.

## MOTION TO THE COURT

Come now the Plaintiff, David L. Smith, Pro se in the above styled case and file this motion to the Court and would state the following to wit:

On October, 31, 2006 the Defendants file a <u>DEFENDANTS' REPLY TO THE PLAINTIFF'S "OBJECTION" TO THEIR SPECIAL REPORT</u>

The Plaintiff ask that this court accept his AFFIDAVIT in this proceeding and state that he is a laymen to the Law and have to depend on other's to do his Legal Work and that he didn't know the proper proceeding to file as the Defendants' are trying to say in their Reply.

The Plaintiff ask this court to please accept this Motion based upon his laymen status.

                                  Respectfully Submitted,

                                  David L. Smith #164818 (Pro se Plaintiff)

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___9___ day of November, 2006, that I served a copy of the foregoing on the Defendants Attorney addressed below and placed said copy in the United States Mail, postage prepaid and addressed correctly.

ATTORNEY : FOR THE DEFENDANTS

Amanda Kay Morgan1
7475 Halcyon Pointe Dr.
P.O. Box 240909
Montgomery, AL 36124

                                              _David Lee Smith_
                                              David L. Smith #164818
                                              -Plaintiff- (Pro se-
                                               Limestone Corr. Fac. (Dorm-6)
                                               28779 Nick Davis Rd.
                                               Harvest, AL 35742