IN THE UNITED STATES DISTRCT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID L. SMITH,
    PLAINTIFF,

V.                                   Civil Action No: 3:06-cv-00592-WKW-CSC

JOHN MCFARLAND, et al,.
    Defendants.

## AFFIDAVIT OF DAVID L. SMITH

STATE OF ALABAMA
COUNTY OF LIMESTONE

    Before the undersigned authority a NOTARY PUBLIC, in and for said county and state, personally appears David L. Smith, who after first being duly sworn, deposes and says as follows.

    I David L. Smith, am over the age of 21 years and competent to make this affidavit, and I swear that this affidavit is made on personal knowledge.

    I David L. Smith, states that every allegations in the Plaintiff Objection To Defendants' Special Report is true and the Defendants in this case has neglected to give Plaintiff proper medical care when Plaintiff was incarcerated in the Lee County Detention Center from (April through July 2004) Defendants were aware of Plaintiff HIV status yet deprived Plaintiff of medication and treatment and as a consequence Plaintiff went to full-blown, irretrievable AIDS. Accompanying this dramatic lowering of Plaintiff immune system. Plaintiff contracted Staphylococcal skin disease on top of his head, face, chest and all over his body. Plaintiff also got genital herpes and genital warts to the degree that Doctor Harper feared that they would become malignant. He promptly cut them himself.

                                   David L. Smith
                                   _/s/ David Lee Smith_
                                   David L. Smith

*David Lee [signature]*

## NOTARY PUBLIC

SWORN TO AND SUBSCRIBED before me on this the ___8___ day of November, 2006.

My Commission Expires: _23 April 2008_

_____
Notary Public