IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DAVID LEE SMITH,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:06-cv-00592-WKW-CSC |
| **JOHN MCFARLAND, et al.,** | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Sheriff Jay Jones, Major Cary Torbert, Jr.[1], Lt. Corey Welch, Lt. Ray Roberson[2], Dr. John McFarland, and Nurse Linda Stewart, the Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Ashley Hawkins Freeman of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch, Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart contemporaneously with the filing of this Motion.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch, Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart.

---

[1] Incorrectly designated in the Plaintiff's Complaint as Major "Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as Lt. "Robinson."

Respectfully submitted this 3rd day of January, 2007.

>**s/Amanda Kay Morgan**
>AMANDA KAY MORGAN Bar No. ALL079
>Attorneys for Defendants
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Drive
>Post Office Box 240909
>Montgomery, Alabama 36124
>Telephone: (334) 262-1850
>Fax: (334) 262-1889
>E-mail: amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

>David Lee Smith
>AIS 164818
>Limestone Correctional Facility
>28779 Nick Davis Road
>Harvest, AL 35742

>**s/Amanda Kay Morgan**
>OF COUNSEL

2