IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **DAVID LEE SMITH,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:06-cv-00592-WKW-CSC |
| **JOHN MCFARLAND, et al.,** | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Ashley Hawkins Freeman, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Sheriff Jay Jones, Major Cary Torbert, Jr.[1], Lt. Corey Welch, Lt. Ray Roberson[2], Dr. John McFarland, and Nurse Linda Stewart, Defendants in the above-captioned matter.

Respectfully submitted this 3rd day of January, 2007.

> s/Ashley Hawkins Freeman
> ASHLEY HAWKINS FREEMAN Bar No. FRE044
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: afreeman@webbeley.com

---

[1] Incorrectly designated in the Plaintiff's Complaint as Major "Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as Lt. "Robinson."

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        David Lee Smith
        AIS 164818
        Limestone Correctional Facility
        28779 Nick Davis Road
        Harvest, AL 35742

                **s/Ashley Hawkins Freeman**
                OF COUNSEL