IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-592-WKW |
| | ) |
| DR. JOHN McFARLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the defendants filed by Amanda Kay Morgan on January 3, 2007 (Court Doc. No.21), and for good cause shown, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 9th day of January, 2007.

        /s/ Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE