IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID LEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06cv592-WKW |
| | ) | |
| | ) | |
| JOHN MCFARLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 27, 2006, the defendants filed a special report, in which they discuss the grievance procedures in place at the Lee County Detention Center. Although the defendants specifically state that the Lee County Sheriff's Office policy provides that "an inmate has the opportunity to appeal any grievance to Major Torbert and Sheriff Jones if he were not satisfied with the response at the lower levels in the chain of command" (Doc. No. 11, p. 8), a copy of the written policy is not included in their evidentiary materials. Accordingly, it is

ORDERED that, on or before September 24, 2007, the defendants shall submit a copy of the Lee County Sheriff's office policy concerning grievance procedures, as well as copies of blank forms used by inmates when submitting a written grievance or a grievance appeal to jail or medical officials in 2004 and 2006.

Done this 11th day of September, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE