IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DAVID LEE SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  3:06-cv-00592-WKW-CSC |
| | ) |
| **JOHN MCFARLAND, et al.,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' RESPONSE TO COURT'S ORDER OF SEPTEMBER 11, 2007

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr.[1], Lt. Corey Welch, Lt. Ray Roberson[2], Dr. John McFarland, and Nurse Linda Stewart, Defendants in the above-styled cause, and submit their response to this Court's Order of September 11, 2007.

1.  On September 27, 2006, Defendants submitted a Special Report which provided: "Internal grievance procedures at the Lee County Detention Facility are available to all inmates. It is the policy of the Lee County Sheriff's Office that inmates are permitted to submit grievances and that each grievance will be acted upon. (Jones Aff. ¶ 24; Torbert Aff. ¶ 23; Roberson Aff. ¶ 23; Welch Aff. ¶ 23.)  All inmates are provided access to a Lee County Detention Center Inmate Handbook.  A copy of this handbook is placed in each cellblock for inmates to review whenever they wish.  The inmate handbook states that an inmate may report a grievance on an inmate request form.  Grievances are first answered by the appropriate staff at the lowest level in the chain of command.  The inmate handbook also states that if the inmate is not satisfied with the first answer to his grievance, the inmate may appeal all the way up the chain of command, up to the Sheriff, who will make the final decision. (Jones Aff. ¶ 25; Torbert Aff. ¶ 24; Roberson Aff. ¶ 24; Welch Aff. ¶ 24; Defendants' Special Report p. 7-8.)

---

[1] Incorrectly designated in the Plaintiff's Complaint as Major "Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as Lt. "Robinson."

2. In response to this Court's Order, Defendants submit the grievance policy from the Inmate handbook Plaintiff received both at his 2004 and 2006 incarceration. (Exhibit A, Inmate Handbook Section 17: Grievances.) Defendants also submit a blank Inmate Request Form as was used by inmates during Plaintiff's 2004 and 2006 incarceration to submit a grievance. (Exhibit B, Blank Inmate Request Slip.)

3. As Plaintiff failed to follow the grievance procedure at the Lee County Detention Center, Defendants renew their request that this Honorable Court treat their Special Report as a Motion for Summary Judgment, and grant unto them the same.

Respectfully submitted this 21st day of September, 2007.

    s/Ashley Hawkins Freeman
    ASHLEY HAWKINS FREEMAN Bar No. FRE044
    Attorneys for Defendants
    WEBB & ELEY, P.C.
    7475 Halcyon Pointe Drive
    Post Office Box 240909
    Montgomery, Alabama 36124
    Telephone: (334) 262-1850
    Fax: (334) 262-1889
    E-mail: afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of September, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    David Lee Smith
    AIS 164818
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL 35742

    s/Ashley Hawkins Freeman
    OF COUNSEL