# Exhibit A
# Inmate Handbook Section 17: Grievances

    G. The hearing offense will decide if you are guilty or innocent. You will be given a copy of the Disciplinary Hearing report, which will include the sanction recommended, if any.

    H. You may appeal the hearing officer's decision by writing a grievance to the Chief Deputy Sheriff.

    I. Copies of your disciplinary reports may be sent to any institution which you may be assigned. Disciplinary reports may also be sent to the district attorney's office.

## SECTION 16: SANCTION SCHEDULE

16.1 If you break any of the rules in this handbook, you may be placed on disciplinary status. This means you will be given only the following, unless you abuse them, or security, is threatened:

    A. One hour per 24 hours out of your cell for shower and exercise.

    B. Telephone calls to attorneys or clergy.

    C. Visitation. (only if your lockdown is administrative)

    D. Mail.

    E. Adequate food, light, ventilation, temperature, sanitation, and medical care.

    F. Proper clothing, bed, bedding, and use of toilets, sinks, and showers.

16.2 Your sanction (length of time you are on disciplinary status) will be decided by the disciplinary hearing board. Any sanction of over 10 days must be approved by the Corrections Lieutenant or Sergeant. The longest sanction for rule violations arising is 60 days.

16.3 You will serve sanctions longer than 48 hours in the administrative/disciplinary segregation area. When your sanction time is completed in the administrative/disciplinary segregation area, you will stay there until the classification board reclassifies you.

16.4 If you are an inmate worker or work release inmate and are charged with a major or serious rule violation, you may lose your inmate worker or work release status.

## SECTION 17: GRIEVANCES

17.1 If you have a grievance, you can report it on an Inmate Request form. Only one signature is allowed on a grievance.

17.2 Your grievance will be investigated and answered, in writing, within 72 hours of the time it is received, excluding weekends and holidays. Grievances are first answered by the appropriate staff at the lowest level in the chain of command.

17.3  If you are satisfied with the first answer to your grievance, you may send a grievance to the next higher command level (attach a copy of the first grievance). You may continue to send it through the chain of command, up to the Sheriff, who will make the final decision.

17.4  We will not take any negative action against you because you file a grievance.

## SECTION 18: INMATE WORKERS

18.1  An inmate worker is an inmate who, through classification, is allowed to performed certain job tasks inside and outside of the facility. Inmate workers will fall under any of the following three classification levels:

   Medium – Inmates who work within the confines of the Detention Center will be either a hall worker (white uniform) or a kitchen worker (blue uniform). Inmate workers will not be outside of the facility unless accompanied by an officer. This is the first classification an inmate is assigned to once he becomes an inmate worker.

   Minimum – These inmate workers will wear orange uniforms and will have job-specific duties outside of the Detention Center. They will sign out during the morning hours and report back in that afternoon.

   Community – All work release inmates will fall under this classification. Like minimum security inmates, they will be dressed in orange colored clothing. Unlike Minimum-security inmates, they will be allowed to maintain a job and be paid for their work.

18.2  To become an inmate worker, you must have no misdemeanor or felony charges pending in Lee County or any other county or state. If you are a state inmate waiting for transport to prison, you may be approved for inside job duties by the Chief Deputy Sheriff. However, your sentence shall not be greater than 5 years.

18.3  If you owe monetary restitution and are in jail for child support or for a FTA (Failure To Appear), you may be approved for inmate worker status.

## SECTION 19: NOTARY SERVICES

You may have notary services for legal documents. You may ask for notary services on an Inmate Request form. Notary service can only be performed Monday through Friday from 8:30 a.m. – 4:30 p.m. and never on holidays.

**Exhibit B
Blank Inmate Request Slip**

FORM LCS-038 (8/99)

## Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** _____

Name _____ Date _____

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_____
_____
_____
_____
_____
_____
_____
_____
_____

<u>Do Not Write Below This Line</u> - For Reply Only

_____
_____
_____
_____
_____
_____
_____

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM LCS-038 (8/99)