IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 OCT -1  A 9:19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DAVID LEE SMITH,                )
                                )
    Plaintiff,                  )
                                )
v.                              ) Civil Action No.06-cv-00592
                                )
JOHN MCFARLAND, et al.,         )
                                )
    Defendants.                 )

PLAINTIFF OPPOSITION TO DEFENDANTS' RESPONSE

Plaintiff, states that he received a copy of the defendants' response and file's this opposition thereto.

Plaintiff, would further reinstate that he deny the defendants' response that they has file and states' that Plaintiff did exhaust all Administrative Remedies that was available to the Plaintiff in his effort to receive the proper Medical Treatment during 2004.

Plaintiff would further reinstate during the time of April to July 28, 2004. The Plaintiff was denied medical care and the Defendants have been deliberately indifferent to Plaintiff serious medical needs, therefore causing cruel and unusual punishment.

Plaintiff concludes by saying that Plaintiff did utilize his administrative remedies available to him. The Plaintiff did file

1

a grievance concerning his 2004 medical care. *PLAINTIFF WOULD FURTHER ASK THE COURT TO TAKE NOTICE TO THE AFFIDAVIT OF BRYANT L. SPARKS.*

The Defendants has fail in their showing and the Plaintiff respectfully request that this Honorable Court deny the Defendants Motion for Summary Judgment, and grant unto Plaintiff the relief that Plaintiff has sought in his complaint.

Respectfully submitted this 27 day of September, 2007.

David Lee Smith #164818

CERTIFICATE OF SERVICE

I hereby certify that on this the 27 day of September, 2007, I have served a copy of the foregoing on Counsel for the Defendants, by placing in the Alabama Department of Corrections Mail Box for mailing by U.S. Mail, postage prepaid.

David Lee Smith #164818
Limestone Corr. Fac. (Dorm C)
28779 Nick Davis Rd.
Harvest, AL 35749

DAVID LEE SMITH AIS 164818
LIMESTONE CORR. FAC. (6)
28779 NICK DAVIS ROAD
HARVEST, AL 35749

LEGAL MAIL:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

36101+0711

US POSTAGE $00.41
SEP 27 2007
MAILED FROM ZIPCODE 35749