IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06-CV-592-WKW |
| | ) |
| DR. JOHN McFARLAND, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the response filed by the plaintiff on October 1, 2007(Court Doc. No. 26), and for good cause, it is

ORDERED that on or before October 15, 2007 the plaintiff shall file a response which addresses (i) whether he exhausted administrative remedies with respect to those claims related to his *most recent* confinement in the Lee County Detention Center, and (ii) the defendants' argument that he failed to *properly exhaust* the grievance procedure because he failed to appeal any grievance filed with respect to his 2004 confinement.

Done this 2nd day of October, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE