IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID LEE SMITH, )
 )
    Plaintiff, )
 )
v. ) Civil Action No.06-cv-00592
 )
JOHN MCFARLAND, et al., )
 )
    Defendants. )

PLAINTIFF RESPONSE TO COURT'S ORDER

Plaintiff states that he received a copy of the Court's order that was dated on October 2nd 2007 and files this response thereto.

Plaintiff would state that he did exhaust all administrative remedies with respect to those claims both in 2004 and 2006 that was available to Plaintiff. SEE: AFFIDAVIT OF PLAINTIFF DAVID LEE SMITH (ATTACHED TO THIS RESPONSE).

    Respectfully submitted this __8__ day October 2007.

                              David Lee Smith #164818

CERTIFICATE OF SERVICE

1

CERTIFICATE OF SERVICE

    I hereby certify that on this the __8__ day of October, 2007, I have served a copy of the foregoing on Counsel for the Defendants, by placing in the Alabama Department of Corrections Mail Box for mailing by U.S. Mail, postage prepaid.

*David Lee Smith* (signature)
David Lee Smith #164818
Limestone Corr. Fac. (Dorm C)
28779 Nick Davis Rd.
Harvest, AL 35749

DAVID LEE SMITH #196818
LIMESTONE C.F. (DORM – B)
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009

LEGAL MAIL
CORRESPONDENCE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

This correspondence is being forwarded from
an Alabama State Prison facility. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

$00.41
OCT 09 2007
ZIP CODE 35749