IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DAVID LEE SMITH, | ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.06-cv-00592 |
| JOHN MCFARLAND, et al., | ) ) |
| Defendants | ) |

### AFFIDAVIT OF DAVID LEE SMITH

STATE OF ALABAMA    )
COUNTY OF LIMESTONE  )

Before the undersigned authority, a Notary Public, in and for said County and State, personally appears David Lee Smith, who after first being duly sworn, deposes and says as follows:

I David Lee Smith am over the age of 21 years and competent to make this affidavit, and I swear that this affidavit is being made on personal knowledge.

I David Lee Smith, states that in 2006 the same thing happen I filled out four request forms and the fifth in the form of a grievance request form.

That Lee County Detention Center didn't have a complaint form or legal grievance forms all they had was request slips and you cannot appeal a request slip.

The first time I filled out 4 request slips and one was in the form of a complaint-grievance and did not get any response this was in 2004 and you cannot appeal a request form.

1

Respectfully submitted,

David Lee Smith #164818
-Plaintiff- (Pro se)

NOTARY PUBLIC

SWORN TO AND SUBSCRIBED before me on this the 8th day of October 2007.

My Commission Expires: 06-14-09

*Shirley D. Moore*
Notary Public

*David Lee Smith*
David Lee Smith #164818
-Plaintiff- (Pro se)

2