IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DAVID LEE SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.  3:06-cv-00592-WKW-CSC |
| JOHN MCFARLAND, et al., | ) ) ) |
| Defendants. | ) |

### DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO COURT ORDER OF OCTOBER 2, 2007

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr.,[1] Lt. Corey Welch, Lt. Ray Roberson,[2] Dr. John McFarland, and Nurse Linda Stewart, Defendants in the above-styled cause, and submit their reply to Plaintiff's response to this Court's Order of October 2, 2007.

1. On October 2, 2007, Plaintiff was ordered by this Court to specifically file a response which addresses whether he exhausted administrative remedies available to him with respect to his 2006 incarceration and whether he failed to exhaust the grievance procedure at the jail because he failed to appeal any grievances he filed regarding his 2004 confinement.

2. In his October 11, 2007 response Plaintiff states that he filled out a grievance in 2004 and 2006.  Plaintiff further claims that "all they had was request slips and you cannot appeal a request slip."

3. The Lee County Detention Center Inmate Handbook states that grievances are to be made on Inmate Request Forms and that each grievance will be investigated and answered in writing within 72 hours of its receipt.  The handbook also provides that grievances are first answered by appropriate staff at the lowest level of command.  The handbook clearly states that

---

[1] Incorrectly designated in the Plaintiff's Complaint as Major "Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as Lt. "Robinson."

if an inmate is not satisfied with the first answer to a grievance the inmate can send a grievance up through the chain of command, all the way to the Sheriff. Plaintiff had access to this handbook, as a copy is placed in each cellblock for inmates to review whenever they wish. (Exhibits A and B to Defendants' Response to Court's Order of September 11, 2007; Jones Aff. ¶ 25; Torbert Aff. ¶ 24; Roberson Aff. ¶ 24; Welch Aff. ¶ 24; Defendants' Special Report pp. 7-8.)

4. As Plaintiff failed to follow the grievance procedure at the Lee County Detention Center, Defendants renew their request that this Honorable Court treat their Special Report as a Motion for Summary Judgment, and grant unto them the same.

Respectfully submitted this 26th day of October, 2007.

            **s/Ashley Hawkins Freeman**
            ASHLEY HAWKINS FREEMAN, Bar No. FRE044
            Attorneys for Defendants
            WEBB & ELEY, P.C.
            7475 Halcyon Pointe Drive
            Post Office Box 240909
            Montgomery, Alabama 36124
            Telephone: (334) 262-1850
            Fax: (334) 262-1889
            E-mail: afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 26th day of October, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      David Lee Smith
      AIS 164818
      Limestone Correctional Facility
      28779 Nick Davis Road
      Harvest, AL  35742

                **s/Ashley Hawkins Freeman**
                OF COUNSEL