David Lee Smith #164818
Limestone Corr. Fac. (Dorm –C)
28779 Nick Davis Rd.
Harvest, AL 35749

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

**RE: CHANGE OF ADDRESS**

Dear Clerk:            (Case. #3:06-CV-592-WKW)

I have a pending case in the Court Case 3:06-CV-592-WKW. This letter is to notify you that I will be getting out of prison on 11-23-07 and the address that you can send all the Legal information concerning this case is listed below:

**David Lee Smith**
**White St. Porter Apt #12**
**Auburn, Al 36832**

334-502-0579

Sincerely,


David Lee Smith #164818


CC: Clerk
    File

DAVID LEE SMITH #164818  
LIMESTONE C.F. (DORM – B)  
28779 NICK DAVIS ROAD  
HARVEST, ALABAMA 35749-7009

This correspondence is forwarded from an Alabama State Prison. Its contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

UNITED STATES POSTAGE  
$ 00.41⁰  
0004355531 NOV 20 2007  
MAILED FROM ZIP CODE 35749

Office Of The Clerk  
United States District Court  
P.O. Box 711  
Montgomery, Alabama 36101-0711

**LEGAL MAIL**  
**CORRESPONDENCE**

36101$0711 B007