**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

David Lee Smith
607 Block
Lee County Jail
P.O. Box 2407
Opelika, Ala 36801

RECEIVED
2008 FEB -6 A 9:35
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Ala 36101-0711

Re Change of Address

Dear Clerk

I have a pending case in the court case 3:06-cv-592-WKW. This is to notify you of the change until I get out and notify you again that I am back home, send all the Legal mail to the Address Above.

Thank you

Sincerely David Lee Smith
David Lee Smith
607 Block

David Lee Smith
607 Block
Lee County Jail
P.O. Box 2407
Opelika, Ala 36801



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Ala 36101-0711

NO CORRESPONDENCE IS SENT WITH THE LEE COUNTY JAIL MAIL STAMP. THE CONTENTS HAVE NOT BEEN CENSORED AND THE LEE COUNTY JAIL CENTER IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENTS OF THE ENCLOSED COMMUNICATION