In the United States District Court
For the Middle District of Alabama

RECEIVED
2008 FEB 12 A 10: 32
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David L. Smith
   Plaintiff,

                Civil Action no: 3:06-cv-00592-WKW-CSC

V.

John McFarland, et al.,
   Defendants.

## Motion to the Court for Appointment of Counsel

Come now the Plaintiff, David L Smith, Pro se in the above styled case and file this motion to the Court and would state the following to wit:

The Plaintiff ask that this Court accept his motion for Appointment of Counsel in this proceeding and state that he is a laymen to the Law and have to depend on other's to do his Legal work and that he didn't know the proper proceeding to file this motion.

The Plaintiff ask this Court to please accept this motion based upon his laymen status.

                              Respectfully Submitted,
                              David Lee Smith
                              David Lee Smith 667 (Pro se Plaintiff,

## Certificate of Service

I hereby certify that on this the 11 day of Feburary, 2008, that I served a copy of the foregoing on the Defendants Attorney addressed below and placed said copy in the United States Mail, postage prepaid and addressed correctly.

Attorney: For The Defendants

Ashley Hawkins Freeman
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, Ala 36124

*David Lee Smith* 607
David Lee Smith 607
- Plaintiff - (Pro se -
Lee County Jail
P.O. Box 2407
Opelika, Ala 36801

David Lee Smith
607 B.
Lee County Justice Center
P.O. Box 2407
Opelika, Ala 36801

MONTGOMERY AL 361
11 FEB 2008 PM 3 T

"LET US DARE TO
THINK, SPEAK AN
John Adams, 1765
USA First-Class

United States District Court
Middle District of Alabama
office of the clerk
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711