IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LEE SMITH, #164818, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06-CV-592-WKW |
| ) | |
| JOHN McFARLAND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

The plaintiff filed a motion for appointment of counsel on February 12, 2008 (Court Doc. No. 39). The court notes that the facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, the interests of justice do not compel appointment of counsel, and it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 12th day of February, 2008.

                                          /s/ Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE