IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

DAVID LEE SMITH
_____,  )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )   CASE NO. 3:06-cv-00592-WKW
                                      )
JOHN MCFARLAND, ET AL.                )
_____,  )
                                      )
        Defendants,                   )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  Jay Jones  , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


2/21/2008                            (Signature) Ashley Hawkins Freeman
Date                                 
                                     Ashley Hawkins Freeman
                                     (Counsel's Name)
                                     Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch,
                                     Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart
                                     Counsel for (print names of all parties)
                                     Webb & Eley, P.C.
                                     P.O. Box 240909, Montgomery, AL  36124
                                     Address, City, State Zip Code
                                     334-262-1850
                                     Telephone Number

Case 3:06-cv-00592-WKW-CSC   Document 41   Filed 02/21/2008   Page 2 of 12

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st day of February 20 08 to:

David Lee Smith, AIS 164818, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, AL 35742

2/21/2008
Date

[signature: Ashley Hawkins Freeman]
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

DAVID LEE SMITH,

    Plaintiff,

v.

JOHN MCFARLAND, ET AL.,

    Defendants,

CASE NO. 3:06-cv-00592-WKW

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Cary Torbert, Jr., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity        Relationship to Party

2/21/2008
Date

(Signature)

Ashley Hawkins Freeman
(Counsel's Name)

Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch, Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code
334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st day of February 2008 to:

David Lee Smith, AIS 164818, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, AL 35742

2/21/2008
Date

*Ashley Hawkins Freeman*
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

DAVID LEE SMITH
_____,
)
)
Plaintiff,           )
)
)
v.                            )   CASE NO. 3:06-cv-00592-WKW
)
JOHN MCFARLAND, ET AL.        )
_____,
)
)
Defendants,          )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Corey Welch_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____           _____

_____           _____

_____           _____

2/21/2008                           (Signature) Ashley Hawkins Freeman
Date

Ashley Hawkins Freeman
(Counsel's Name)

Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch, Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MIDDLE_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Ashley Hawkins Freeman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____day of February_____ 20 08 to:

David Lee Smith, AIS 164818, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, AL 35742

2/21/2008
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

DAVID LEE SMITH

    Plaintiff,

v.                                                                CASE NO. 3:06-cv-00592-WKW

JOHN MCFARLAND, ET AL.

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ray Roberson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/21/2008
Date

(Signature) Ashley Hawkins Freeman

Ashley Hawkins Freeman
(Counsel's Name)

Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch, Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st day of February 2008 to:

David Lee Smith, AIS 164818, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, AL 35742

2/21/2008
Date

Ashley Hawkins Freeman
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

DAVID LEE SMITH,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 3:06-cv-00592-WKW

JOHN MCFARLAND, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John McFarland, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/21/2008
Date

(Signature)

Ashley Hawkins Freeman
(Counsel's Name)

Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch, Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart
Counsel for (print names of all parties)

Webb & Eley, P.C.

P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Ashley Hawkins Freeman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _21st___ day of _February_____ 20_08_ to:

David Lee Smith, AIS 164818, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, AL 35742

2/21/2008
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

DAVID LEE SMITH
_____,
)
) Plaintiff,
)
)
v.  )  CASE NO. 3:06-cv-00592-WKW
)
JOHN MCFARLAND, ET AL.
_____,
)
) Defendants,
)

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Linda Stewart_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

_____                   _____

_____                   _____

_____                   _____

2/21/2008                                 (Signature) Ashley Hawkins Freeman
Date                                      
                                          Ashley Hawkins Freeman
                                          (Counsel's Name)
                                          Sheriff Jay Jones, Major Cary Torbert, Jr., Lt. Corey Welch,
                                          Lt. Ray Roberson, Dr. John McFarland, and Nurse Linda Stewart
                                          Counsel for (print names of all parties)
                                          Webb & Eley, P.C.
                                          P.O. Box 240909, Montgomery, AL 36124
                                          Address, City, State Zip Code
                                          334-262-1850
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st ____ day of February _____ 20 08, to:

David Lee Smith, AIS 164818, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, AL 35742

_____                              _____
2/21/2008                                                                                              *Ashley Hawkins Freeman* (signature)
Date                                                                                                           Signature