IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID LEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-CV-592-WKW |
| | ) | (WO) |
| JOHN MCFARLAND, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 8, 2008, the Magistrate Judge filed a Recommendation (Doc. # 32) that defendants' motion for summary judgment be granted and the case be dismissed. No objections have been filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge (Doc. # 32) is ADOPTED.

2. The defendants' Motion for Summary Judgment (Doc. # 11) is GRANTED.

3. The plaintiff's claims arising on or before July 3, 2004 are DISMISSED WITH PREJUDICE.

4. The plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE.

5. Costs are taxed against the plaintiff.

DONE this 29th day of February, 2008.

                                              /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE